AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

ARIEL ABITTAN

*Plaintiff(s)*

v.  Civil Action No.  5:20-CV-09340-NC

LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUONG, A/K/A TAO DING), TEMUJIN LABS, INC. (A DELAWARE CORPORATION), TEMUJIN LABS, INC. (A CAYMAN CORPORATION) AND EIAN LABS INC. (NOMINAL DEFENDANT)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Susan Y. Soong

Date: 1/14/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-09340-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ADDENDUM

| Defendant | Addresses |
|---|---|
| Lily Chao (a/k/a Tiffany Chen, a/k/a Yuting Chen) | 69 Isabella Ave. Atherton, CA 94027; 470 Middlefield Road, Atherton, California 94027 |
| Damien Ding (a/k/a Damien Leuong, a/k/a Tao Ding) | 69 Isabella Ave. Atherton, CA 94027; 470 Middlefield Road, Atherton, California 94027 |
| Temujin Labs Inc. (Delaware) | 470 Middlefield Road, Atherton, California 94027; Paracorp Incorporated, 2140 S Dupont Hwy, Camden, Delaware 19934 |
| Temujin Labs Inc. (Cayman) | Shiona Allenger, Clerk of Courts (Building 3), 61 Edward Street, George Town, Grand Cayman KY1-1106 Cayman Islands; Aequitas International Management Ltd., P.O. Box 10281, Grand Pavilion Commercial Centre, Suite 24, 802 West Bay Road, Grand Cayman Ky1-1003, Cayman Islands; 470 Middlefield Road, Atherton, California 94027 |
| Eian Labs Inc. (Nominal Defendant) | 470 Middlefield Road, Atherton, California 94027; Delaware Secretary of State – Division of Corporations John G. Townsend Bldg., 401 Federal Street Suite 4, Dover, Delaware 19901 |