| Attorney or Party without Attorney:<br><br>ALTO LITIGATION, P.C.<br>4 EMBARCADERO CENTER SUITE 1400<br>SAN FRANCISCO, CA 94111<br>Telephone No:<br><br>Attorney For: | | | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | | |
| Plaintiff: ARIEL ABITTAN<br>Defendant: LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), et al. | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-CV-09340-NC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION

3. a. Party served:    EIAN LABS INC.
   b. Person served:   Left in Dropbox c/o DELAWARE SECRETARY OF STATE DIVISION OF CORPORATIONS

4. Address where the party was served:    401 FEDERAL STREET SUITE 4, DOVER, DE 19901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jan 28 2021 (2) at: 11:11 AM

6. **Person Who Served Papers:**
   a. Sean Boykevich ()
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/28/2021
(Date)                                (Signature)

PROOF OF SERVICE

5297206
(7778008)