| Attorney or Party without Attorney:<br>BAHRAM SEYEDIN-NOOR (#SBN 203244)<br>ALTO LITIGATION, P.C.<br>4 EMBARCADERO CENTER SUITE 1400<br>SAN FRANCISCO , CA 94111<br>Telephone No:  (650) 735-2586<br>Attorney For:  Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT |
|---|

| Plaintiff: ARIEL ABITTAN |
|---|
| Defendant: LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-CV-09340-NC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Consenting To The Jurisdiction Of A Magistrate Judge; Ecf Registration Information; Consent Or Declination To Magistrate Judge Jurisdiction; Civil Standing Order Magistrate Judge Nathanael M. Cousins; Settlement Conference Standing Order; Blank Notice Of A Lawsuit And Request To Waive Service Of A Summons; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Civil Case Standing Order Re Self-Represented Litigants; Standing Order For All Judges Of The Northern District Of California; Waiver Of The Service Of Summons; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Joint Case Management Statement & [Proposed] Order

3. a. Party served:    TEMUJIN LABS INC. ( A CAYMAN CORPORATION) - PARACORP INC.
   b. Person served:   Michael Miller-McCreanor, Paracorp Inc., Registered Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   2140 S. DUPONT HIGHWAY, CAMDEN, DE 19934

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jan 29 2021 (2) at: 09:39 AM

6. **Person Who Served Papers:**
   a. Lori Millar ()
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111
   
   d. **The Fee** for Service was: $250.54

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

01/29/2021
(Date)

(Signature)



PROOF OF SERVICE

5302013
(7778377)