DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc.
(Delaware) and Temujin Labs Inc. (Cayman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>               Plaintiff,<br><br>     v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>               Defendants,<br><br>    and<br><br>EIAN LABS INC.,<br><br>               Nominal Defendant. | Case No.: 5:20-cv-09340-NC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – TEMUJIN LABS INC. (CAYMAN) AND TEMUJIN LABS INC. (DELAWARE)**<br><br>(Fed R. Civ. P. 7.1 and Civil L.R. 3-15)<br><br>Judge: Hon. Nathanael Cousins<br><br>Date Action Filed: December 24, 2020 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, defendants

2  Temujin Labs Inc. (Cayman) and Temujin Labs Inc. (Delaware), by and through counsel, hereby

3  certify the following:

4    Temujin Labs Inc. (Cayman) has no parent corporation, no publicly held corporation owns

5  10% or more of its stock, and its majority holder is MapleLeaf Ventures Limited. Temujin Labs

6  Inc. (Delaware) is wholly owned by Temujin Labs Inc. (Cayman) and no publicly held

7  corporation owns 10% or more of its stock.

8

9  Dated: March 2, 2021                FENWICK & WEST LLP

10

                                      By: /s/        *Jennifer Bretan*
11                                             Jennifer Bretan

12                                       555 California Street, 12th Floor
                                         San Francisco, CA  94104
13                                       Telephone: 415.875.2300
                                         Facsimile: 415.281.1350
14                                       Email: jbretan@fenwick.com

15                                    Attorneys for Defendants Temujin Labs Inc.
                                      (Cayman) and Temujin Labs Inc. (Delaware)

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

CERTIFICATE OF INTERESTED ENTITIES OR
PERSONS

1

Case No. 5:20-cv-09340-NC