DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc.
(Delaware) and Temujin Labs Inc. (Cayman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| Plaintiff, | **CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Hon. Nathanael Cousins<br><br>Date Action Filed: December 24, 2020 |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

In accordance with the provisions of 28 U.S.C. § 636(c), Temujin Labs Inc. (Delaware) ("Temujin Delaware") voluntarily consents to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. Temujin Delaware understands that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 2, 2021

FENWICK & WEST LLP

By: /s/ *Jennifer Bretan*
Jennifer Bretan

Attorneys for Defendant Temujin Labs Inc. (Delaware)