DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| Plaintiff, | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| v. | (Civil L.R. 3-15) |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Hon. Nathanael Cousins |
| | Date Action Filed: December 24, 2020 |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

Pursuant to Civil Local Rule 3-13, defendant Temujin Labs Inc. (Delaware) ("Temujin Delaware") hereby gives notice of the pendency of *Temujin Labs Inc. v. Abittan, et al.*, Case No. 20CV372622, filed November 6, 2020, in the Superior Court of California, County of Santa Clara, assigned to the Honorable Sunil R. Kulkarni, Department 1 (the "State Court Action"). On January 8, 2021, Temujin Delaware filed its "Notice of Related Case" in the State Court Action identifying the State Court Action and the present action as related pursuant to California Rule of Court ("CRC") 3.300(b). A copy of that notice is attached hereto as **Exhibit 1** (as required by CRC 3.300(d)).

Temujin Delaware brought the State Court Action against Ariel Abittan (plaintiff in the instant case), Benjamin Fisch, Charles Lu, and unidentified "Doe" defendants. Mr. Abittan was served in the case on November 24, 2020. The State Court Action seeks declaratory relief, and pursues causes of action for civil conspiracy, tortious interference, breach of contract, misappropriation of trade secrets, violation of California Penal Code § 502(c), conversion, and breach of fiduciary duty in connection with the development of "Findora" blockchain-based technology. Mr. Abittan brought the instant case against Temujin Delaware, the Cayman entity which wholly owns it ("Temujin Cayman"), and two individuals, asserting a variety of state and federal claims associated with the ownership and development of Findora blockchain-based technology.

At the core of the prior-filed State Court Action and plaintiff's federal case is an ownership dispute arising from Eian Labs Inc.'s ("Eian") sale of Findora-related assets to Temujin Cayman. In the State Court Action, Temujin Delaware alleges that Mr. Abittan wrongfully interfered with its business by falsely representing that he or Eian is the rightful owner of the assets acquired from it by Temujin Cayman, including Findora and any associated intellectual property and related social media and development accounts. In the present case, Mr. Abittan alleges that his consent to the asset sale to Temujin Cayman was fraudulently induced and, thus, that the transaction was wrongful. Accordingly, the two cases involve "all or a material part of the same subject matter" of a dispute between the "same parties." Civ. L.R. 3-13(a).

Temujin Delaware anticipates moving to dismiss all claims asserted against it in the

instant case. Among the many reasons for dismissal is the fact that Mr. Abittan was required to bring his claims against Temujin Delaware as compulsory counterclaims in the earlier-filed State Court Action, not here in a duplicative and inefficient parallel action in a new forum. Should Temujin Delaware somehow not prevail on its motion to dismiss, it will request that this Court issue appropriate orders to coordinate the two cases to avoid conflicts, conserve resources, and promote an efficient determination of the action.

Dated: March 3, 2021

FENWICK & WEST LLP

By: /s/   *Jennifer Bretan*
Jennifer Bretan

Attorneys for Defendant Temujin Labs Inc. (Delaware)

# Exhibit 1

| | |
|---|---|
| 1  TYLER NEWBY (CSB No. 205790)<br>   tnewby@fenwick.com<br>2  JENNIFER BRETAN (CSB No. 233475)<br>   jbretan@fenwick.com<br>3  CASEY O'NEILL (CSB No. 264406)<br>   coneill@fenwick.com<br>4  JOSHUA PARR (CSB No. 318549)<br>   jparr@fenwick.com<br>5  FENWICK & WEST LLP<br>   555 California Street, 12th Floor<br>6  San Francisco, CA 94104<br>   Telephone: 415.875.2300<br>7  Facsimile: 415.281.1350 | E-FILED<br>1/8/2021 2:15 PM<br>Clerk of Court<br>Superior Court of CA,<br>County of Santa Clara<br>20CV372622<br>Reviewed By: R. Walker |

1 TYLER NEWBY (CSB No. 205790)
  tnewby@fenwick.com
2 JENNIFER BRETAN (CSB No. 233475)
  jbretan@fenwick.com
3 CASEY O'NEILL (CSB No. 264406)
  coneill@fenwick.com
4 JOSHUA PARR (CSB No. 318549)
  jparr@fenwick.com
5 FENWICK & WEST LLP
  555 California Street, 12th Floor
6 San Francisco, CA 94104
  Telephone: 415.875.2300
7 Facsimile: 415.281.1350

8 FELIX LEE (CSB No. 197084)
  flee@fenwick.com
9 FENWICK & WEST LLP
  801 California Street
10 Mountain View, CA 94041
   Telephone: 650.988.8500
11 Facsimile: 650.938.5200

12 Attorneys for Plaintiff
   Temujin Labs Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

TEMUJIN LABS INC.,

   Plaintiff,

   v.

ARIEL ABITTAN, BENJAMIN FISCH, CHARLES LU, and DOES 1-10, inclusive,

   Defendants.

**Case No.: 20CV372622**

**NOTICE OF RELATED CASE**

ASSIGNED FOR ALL PURPOSES TO:
The Hon. Sunil R. Kulkarni,
Department 1 (Complex Division)

Date Action Filed: November 6, 2020

NOTICE OF RELATED CASE                                             CASE NO.: 20CV372622

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF COURT**:

**PLEASE TAKE NOTICE THAT**, in accordance with California Rule of Court ("CRC") 3.300(b), plaintiff Temujin Labs Inc. ("Temujin Labs") hereby files this Notice of Related Case. The above-captioned action, *Temujin Labs Inc. v. Abittan, et al.*, Superior Court of California, Santa Clara County, Case No. 20CV372622 (filed Nov. 6, 2020), is an action against defendants Ariel Abittan, Benjamin Fisch, Charles Lu, and unidentified Doe defendants for declaratory relief, civil conspiracy, tortious interference, breach of contract, misappropriation of trade secrets, violation of California Penal Code § 502(c), conversion, and breach of fiduciary duty in connection with the development of the Findora blockchain. The present action is related to the subsequently filed case, *Abittan v. Chao, et al.*, U.S. District Court, Northern District of California, San Jose Division, Case No. 5:20-cv-09340, Magistrate Judge Nathanael M. Cousins currently presiding (filed Dec. 24, 2020) ("*Abittan v. Chao*" or the "Federal Case"). In the Federal Case, Mr. Abittan (a defendant here) has sued Temujin Labs, its parent company, and two individuals, asserting a variety of alleged state and federal claims also associated with the development of the Findora blockchain.

The instant state case and the Federal Case are related as defined by CRC 3.300(a), because both cases:

(1) involve substantially the same or overlapping parties and are based on the same or similar claims;

(2) arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact;

(3) involve claims against, title to, possession of, or damages to the same property; and

(4) are likely to require substantial duplication of judicial resources if heard by different judges.

For example, each case arises out of the transfer by Eian Labs Inc. ("Eian Labs") to Temujin Labs of certain intellectual property, including related to the development of the Findora

blockchain, and subsequent claims to ownership thereof. In the instant case, Temujin Labs alleges that Mr. Abittan thereafter interfered with its business by making false representations that he or Eian Labs is the rightful owner of Temujin Labs and/or its intellectual property. In the Federal Case, Mr. Abittan alleges that his consent to the transfer of Eian Labs' intellectual property was "fraudulently induced." Consequently, the two cases are likely to require "determination of the same or substantially identical questions of law or fact" as well as "substantial duplication of judicial resources if heard by different judges."

Respectfully submitted,

Dated: January 8, 2021

FENWICK & WEST LLP

By: _____
Jennifer C. Bretan

Attorneys for Plaintiff Temujin Labs Inc.