DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc.
(Delaware) and Temujin Labs Inc. (Cayman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | (CIVIL L.R. 6-1(a)) |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION, | Judge: Hon. Nathanael Cousins |
| | Date Action Filed: December 24, 2020 |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

Pursuant to Civil Local Rules 6-1 and 7-12, plaintiff Ariel Abittan ("Plaintiff") and defendants Temujin Labs Inc. (Delaware) ("Temujin Delaware") and Temujin Labs Inc. (Cayman) ("Temujin Cayman," and together with Temujin Delaware, the "Stipulating Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff commenced this action on December 24, 2020;

WHEREAS, Plaintiff purports to have served the complaint in this action on the Stipulating Defendants on January 29, 2021 whereby the Stipulating Defendants' deadline to respond to the complaint would have been February 19, 2021;

WHEREAS, Plaintiff and Stipulating Defendants previously agreed, pursuant to Civil L.R. 6-1(a), to extend the Stipulating Defendants' deadline to respond to the complaint to March 5, 2021;

WHEREAS, Plaintiff and Stipulating Defendants currently are discussing a separate stipulation and proposed order that would include a voluntary dismissal of this action in favor of Plaintiff re-filing Plaintiff's claims in the California Superior Court for the County of Santa Clara, Case No. 20-CV-372622, with Defendants reserving their right to challenge the legal or factual adequacy of said claims;

WHEREAS, absent voluntary dismissal of these claims, the Stipulating Defendants anticipate filing motion(s) to dismiss in response to the complaint;

WHEREAS, Plaintiff and the Stipulating Defendants have met and conferred and have agreed to a schedule for the Stipulating Defendants to respond to the complaint, whereby any response(s) are due March 26, 2021;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between Plaintiff and the Stipulating Defendants, that the time for Temujin Delaware and Temujin Cayman to answer, move, or otherwise respond to the complaint is extended to March 26, 2021.

[signatures follow on next page]

| | | |
|---|---|---|
| Dated: March 3, 2021 | | ALTO LITIGATION, PC |
| | | By: /s/  *Bahram Seyedin-Noor* |
| | | Bahram Seyedin-Noor |
| | | 4 Embarcadero Center, Suite 1400 |
| | | San Francisco, California, 94111 |
| | | Telephone: (415) 779-2586 |
| | | Facsimile: (415) 306-8744 |
| | | Attorneys for Plaintiff Ariel Abittan |
| Dated: March 3, 2021 | | FENWICK & WEST LLP |
| | | By: /s/  *Jennifer Bretan* |
| | | Jennifer Bretan |
| | | Attorneys for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman) |

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

| | | |
|---|---|---|
| Dated: March 3, 2021 | | By: /s/  *Jennifer Bretan* |
| | | Jennifer Bretan |