AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-09340-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Temujin (Cayman) c/o Lily Chao

was received by me on *(date)* 03/17/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Patricia Bedolla , a person of suitable age and discretion who resides there, on *(date)* 03/18/2021 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/19/2021

_____
*Server's signature*

Robert Ferris, P.I. 14584
*Printed name and title*

888 N. First St. Ste. 313
San Jose, CA 95112
*Server's address*

Additional information regarding attempted service, etc: