| Attorney or Party without Attorney:<br>BAHRAM SEYEDIN-NOOR (#SBN 203244)<br>ALTO LITIGATION, P.C.<br>4 EMBARCADERO CENTER SUITE 1400<br>SAN FRANCISCO , CA 94111<br>  *Telephone No:*<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:* | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION | | |
| *Plaintiff:* ARIEL ABITTAN<br>*Defendant:* LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN); et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-cv-09340-NC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See Attached List of All Documents Served; .

3. a. Party served:     Lily Chao (a/k/a Tiffany Chen, a/k/a Yuting Chen)
   b. Person served:    MAILED PURSUANT TO COVID-19 REGULATIONS

4. Address where the party was served:   69 ISABELLA AVENUE, ATHERTON, CA 94027

5. I served the party:
   a. **by personal service.** I personally mailed the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Mar 19 2021 (2) at: 10:00 AM

6. **Person Who Served Papers:**
   a. 02- Kellie Emmons ()
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              03/19/2021                    *(signature)*
                                (Date)                      (Signature)



PROOF OF SERVICE

5478189
(7791180)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO.: 5:20-cv-09340
ABITTAN V. CHAO
CONTROL NO. 779179; 7791180; 7791181

# ATTACHMENT A

- SUMMONS IN A CIVIL ACTION

- COMPLAINT

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

- CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE

- ECF REGISTRATION INFORMATION

- CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

- CIVIL STANDING ORDER

- SETTLEMENT CONFERENCE STANDING ORDER

- NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

- CIVIL CASE STANDING ORDER RE: SELF-REPRESENTED LITIGANTS

- STANDING ORDER FOR ALL JUDGES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- WAIVER OF THE SERVICE OF SUMMONS

- JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER