1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
3  CASEY O'NEILL (CSB No. 264406)
   coneill@fenwick.com
4  JOSHUA PARR (CSB No. 318549)
   jparr@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: 415.875.2300
7  Facsimile: 415.281.1350

8  FELIX LEE (CSB No. 197084)
   flee@fenwick.com
9  FENWICK & WEST LLP
   801 California Street
10 Mountain View, CA 94041
   Telephone: 650.988.8500
11 Facsimile: 650.938.5200

12 Attorneys for Defendants Temujin Labs Inc.
   (Delaware) and Temujin Labs Inc. (Cayman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION,<br><br>    Defendants,<br>    and<br><br>EIAN LABS INC.,<br><br>    Nominal Defendant. | Case No.: 5:20-cv-09340-NC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge: Hon. Nathanael Cousins<br><br>Date Action Filed: December 24, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Felix Lee of the law firm of Fenwick & West LLP hereby submits this Notice of Appearance as counsel for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman).

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Felix Lee – flee@fenwick.com and tmartin@fenwick.com

> FENWICK & WEST LLP
> 801 California Street
> Mountain View, CA 94041
> Telephone: 650.988.8500
> Facsimile: 650.938.5200

Dated:   April 9, 2021

FENWICK & WEST LLP

By: /s/   *Felix Lee*
              Felix Lee

Attorneys for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman)