```
 1  DEAN S. KRISTY (CSB No. 157646)
    dkristy@fenwick.com
 2  JENNIFER BRETAN (CSB No. 233475)
    jbretan@fenwick.com
 3  CASEY O'NEILL (CSB No. 264406)
    coneill@fenwick.com
 4  JOSHUA PARR (CSB No. 318549)
    jparr@fenwick.com
 5  FENWICK & WEST LLP
    555 California Street, 12th Floor
 6  San Francisco, CA 94104
    Telephone: 415.875.2300
 7  Facsimile: 415.281.1350

 8  FELIX LEE (CSB No. 197084)
    flee@fenwick.com
 9  FENWICK & WEST LLP
    801 California Street
10  Mountain View, CA 94041
    Telephone: 650.988.8500
11  Facsimile: 650.938.5200

12  Attorneys for Defendants Temujin Labs Inc.
    (Delaware) and Temujin Labs Inc. (Cayman)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | Judge: Hon. Nathanael Cousins |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION, | Date Action Filed: December 24, 2020 |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Casey O'Neill of the law firm of Fenwick & West LLP hereby submits this Notice of Appearance as counsel for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman).

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Casey O'Neill – coneill@fenwick.com and jtosches@fenwick.com

> FENWICK & WEST LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
> Telephone: (415) 875-2300
> Facsimile: (415) 281-1350

Dated: April 9, 2021

FENWICK & WEST LLP

By: /s/   *Casey O'Neill*
          Casey O'Neill

Attorneys for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman)