DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | Judge: Hon. Nathanael Cousins |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION, | Date Action Filed: December 24, 2020 |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Joshua Parr of the law firm of Fenwick & West LLP hereby submits this Notice of Appearance as counsel for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman).

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Joshua Parr – jparr@fenwick.com and lkelleybourne@fenwick.com

> FENWICK & WEST LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
> Telephone: (415) 875-2300
> Facsimile: (415) 281-1350

Dated: April 9, 2021

FENWICK & WEST LLP

By: /s/   *Joshua Parr*
       Joshua Parr

Attorneys for Defendants Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman)