ALTO LITIGATION, PC.
  Bahram Seyedin-Noor (Bar No. 203244)
  bahram@altolit.com
  Bryan Ketroser (Bar No. 239105)
  bryan@altolit.com
  Joshua Alexander Korr (Bar No. 304577)
  josh@altolit.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 779-2586
Facsimile: (415) 306-8744

Attorneys for Plaintiff,
Ariel Abittan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | CASE NO. 5:20-CV-09340-NC |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF ARIEL ABITTAN; [PROPOSED] ORDER** |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Hon. Nathanael Cousins |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

1  PLEASE TAKE NOTICE that Plaintiff Ariel Abittan has retained Roche Freedman LLP to
2  substitute as counsel for Alto Litigation, PC in the above-captioned matter.
3  Withdrawing counsel for Plaintiff are:

Bahram Seyedin-Noor
Alto Litigation, PC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Phone: 415-868-5602
Fax: 415-306-8744
Email: bahram@altolit.com

Bryan Ketroser
Alto Litigation, PC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Phone: (415) 830-5897
Fax: 415-306-8744
Email: bryan@altolit.com

Joshua Alexander Korr
Alto Litigation, PC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Phone: (415) 870 4816
Fax: 415-306-8744
Email: josh@altolit.com

16  All pleadings, orders, and notices should henceforth be served upon the following
17  substituted counsel for Plaintiff:

Katherine Eskovitz
Roche Freedman LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
Phone: 646-791-6883
Email: keskovitz@rcfllp.com

The undersigned parties consent to the above withdrawal and substitution.

DATED: April 20, 2021          ALTO LITIGATION PC
                               BAHRAM SEYEDIN-NOOR


                               By:      */s/ Bahram Seyedin-Noor*
                                         Bahram Seyedin-Noor


DATED: April 20, 2020          ROCHE FREEDMAN LLP
                               KATHERINE ESKOVITZ


                               By:      */s/ Katherine Eskovitz*
                                         Katherine Eskovitz


I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: April 20, 2020          ALTO LITIGATION PC
                               BAHRAM SEYEDIN-NOOR


                               By:      */s/ Bahram Seyedin-Noor*
                                         Bahram Seyedin-Noor


                               *     *     *

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: April __, 2020

                               By: _____
                                   UNITED STATES DISTRICT JUDGE

**DECLARATION OF SERVICE**

I, James Jaeger, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111, in said County and State. On April 20, 2021, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF ARIEL ABITTAN; [PROPOSED] ORDER**

to all named counsel of record as follows:

☒ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on October 15, 2020. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on April 20, 2021, at Fairfield, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James Jaeger*
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES JAEGER