UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARIEL ABITTAN

Plaintiff(s),

v.

LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN),
DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING),
TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND
TEMUJIN LABS INC. (A CAYMAN CORPORATION),

Defendant(s).

Case No: 5:20-cv-09340-NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Constantine P. Economides, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Ariel Abittan in the above-entitled action. My local co-counsel in this case is Katherine Eskovitz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 South Biscayne Boulevard<br>Miami, FL 33131 | 1158 26th Street, Suite 175<br>Santa Monica, CA 90403 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (305) 851-5997 | (646) 791-6883 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ceconomides@rcfllp.com | keskovitz@rcfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4970133.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/21/21

Constantine P. Economides
APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Constantine P. Economides is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2021

GRANTED
Judge Nathanael M. Cousins
UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                               October 2012



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Constantine Philip Economides

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 19, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 21, 2021.

*Clerk of the Court*

CertID-00011246