DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc. (Delaware), Temujin Labs Inc. (Cayman), and the Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>            Plaintiff,<br><br>   v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION,<br><br>            Defendants,<br>   and<br><br>EIAN LABS INC.,<br><br>            Nominal Defendant. | Case No.: 5:20-cv-09340-NC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge: Hon. Nathanael Cousins<br><br>Date Action Filed:  December 24, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Dean S. Kristy, Felix Lee, Jennifer Bretan, Casey O'Neill, and Joshua Parr of the law firm of Fenwick & West LLP hereby submit this Notice of Appearance as counsel for the individual defendants.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Dean S. Kristy – dkristy@fenwick.com and lkelleybourne@fenwick.com

Jennifer Bretan – jbretan@fenwick.com and pnichols@fenwick.com

Casey O'Neill – coneill@fenwick.com and jtosches@fenwick.com

Joshua Parr – jparr@fenwick.com and lkelleybourne@fenwick.com

    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    Facsimile: 415.281.1350

Felix Lee – flee@fenwick.com and tmartin@fenwick.com

    FENWICK & WEST LLP
    801 California Street
    Mountain View, CA 94041
    Telephone: 650.988.8500
    Facsimile: 650.938.5200

Dated:   May 28, 2021                  FENWICK & WEST LLP

                                            By: /s/     *Jennifer C. Bretan*
                                                          Jennifer C. Bretan

                                            Attorneys for the Individual Defendants