|   |   |
|---|---|
| 1 | DEAN S. KRISTY (CSB No. 157646) |
|   | dkristy@fenwick.com |
| 2 | JENNIFER BRETAN (CSB No. 233475) |
|   | jbretan@fenwick.com |
| 3 | CASEY O'NEILL (CSB No. 264406) |
|   | coneill@fenwick.com |
| 4 | JOSHUA PARR (CSB No. 318549) |
|   | jparr@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 6 | San Francisco, CA 94104 |
|   | Telephone: 415.875.2300 |
| 7 | Facsimile: 415.281.1350 |
| 8 | FELIX LEE (CSB No. 197084) |
|   | flee@fenwick.com |
| 9 | FENWICK & WEST LLP |
|   | 801 California Street |
| 10 | Mountain View, CA 94041 |
|    | Telephone: 650.988.8500 |
| 11 | Facsimile: 650.938.5200 |
| 12 | Attorneys for Defendants Temujin Labs Inc. |
|    | (Delaware), Temujin Labs Inc. (Cayman), and the |
| 13 | Individual Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | (Civil L.R. 3-15) |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Hon. Nathanael Cousins |
|  | Date Action Filed: December 24, 2020 |
| Defendants, |  |
| and |  |
| EIAN LABS INC., |  |
| Nominal Defendant. |  |

Pursuant to Civil Local Rule 3-15, the individual defendants, by and through counsel, hereby certify the following:

The following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: MapleLeaf Ventures Limited ("MapleLeaf") is the majority shareholder of Temujin Labs Inc. (Cayman).

Aside from MapleLeaf and the parties to the present case, there is no other such interest to report.

Dated: May 28, 2021                     FENWICK & WEST LLP

                                        By: /s/     Jennifer Bretan
                                              Jennifer Bretan

                                        Attorneys for Individual Defendants