1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
3  CASEY O'NEILL (CSB No. 264406)
   coneill@fenwick.com
4  JOSHUA PARR (CSB No. 318549)
   jparr@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: 415.875.2300
7  Facsimile: 415.281.1350

8  FELIX LEE (CSB No. 197084)
   flee@fenwick.com
9  FENWICK & WEST LLP
   801 California Street
10 Mountain View, CA 94041
   Telephone: 650.988.8500
11 Facsimile: 650.938.5200

12 Attorneys for Defendants Temujin Labs Inc.
   (Delaware), Temujin Labs Inc. (Cayman), and the
13 Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| Plaintiff, | **CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Hon. Nathanael Cousins |
| | Date Action Filed: December 24, 2020 |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

In accordance with the provisions of 28 U.S.C. § 636(c), the individual defendants and Temujin Labs Inc. (Cayman) voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment, and understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 28, 2021

FENWICK & WEST LLP

By: /s/    *Jennifer Bretan*
      Jennifer Bretan

Attorneys for the Individual Defendants and Temujin Labs Inc. (Cayman)