DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc.
(Delaware), Temujin Labs Inc. (Cayman), and the
Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>  Plaintiff,<br><br>  v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>  Defendants,<br><br>  and<br><br>EIAN LABS INC.,<br><br>  Nominal Defendant. | Case No.: 5:20-cv-09340-NC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO [DISMISS COMPLAINT] [QUASH SERVICE OF SUMMONS]** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

The motion of the individual defendants and Temujin Labs Inc. (Cayman) ("Temujin Cayman") to dismiss plaintiff's Complaint came on for hearing before the Court on July 7, 2021. The parties were represented by their respective counsel of record.

After considering the papers submitted by the parties and the arguments of counsel, the Court finds that:

1. Each of plaintiff's claims against the individual defendants are subject to dismissal for failure to comply with the applicable rules for service of process, including those under Fed. R. Civ. P. 4(e) or Cal. Code Civ. Proc. §§ 415.20 or 415.30.

2. Plaintiff's claims against Temujin Cayman are subject to dismissal for failure to comply with the applicable rules for service of process, including those under Fed. R. Civ. P. 4(e) or (h), Cal. Code Civ. Proc. §§ 416.10 or 415.20, Cal. Corp. Code § 2110, or the Hague Service Convention.

3. Plaintiff has failed to serve the individual defendants or Temujin Cayman within the required ninety (90) days after filing the Complaint.

[Therefore, it is HEREBY ORDERED that the individual defendants' and Temujin Cayman's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(5) is GRANTED and the Complaint is DISMISSED.]  [Therefore, it is HEREBY ORDERED that plaintiff's prior attempts to serve the individual defendants and Temujin Cayman are quashed.  Plaintiff shall complete service within sixty (60) days of this order, failing which, all claims against the individual defendants and Temujin Cayman shall be dismissed with prejudice.]

**IT IS SO ORDERED.**

Dated: _____     _____
The Honorable Nathanael Cousins
United States Magistrate Judge