DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc.
(Delaware), Temujin Labs Inc. (Cayman), and the
Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>          Plaintiff,<br><br>     v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>          Defendants,<br><br>     and<br><br>EIAN LABS INC.,<br><br>          Nominal Defendant. | Case No.: 5:20-cv-09340<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE QUASH SERVICE OF SUMMONS**<br><br>Date:  July 7, 2021<br>Time:  1:00 p.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Nathanael Cousins |

Defendant Temujin Labs Inc. (Cayman) ("Temujin Cayman") and the individual defendants ("Individual Defendants" and, together with Temujin Cayman, the "Moving Defendants") hereby request that the Court take judicial notice of the documents, attached as **Exhibits A through E** to the Declaration of Jennifer C. Bretan ("Bretan Declaration"), pursuant to Rule 201 of the Federal Rules of Evidence. The documents to be considered are as follows:

1. The certificate of incorporation of Temujin Labs, Inc. ("Temujin Delaware"), as filed with the Delaware Secretary of State and registered agent entity details published online by the Delaware Division of Corporations (last accessed March 30, 2021, available at https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx, search entity name "Temujin Labs Inc"), true and correct copies of which are attached as **Exhibit A** to the Bretan Declaration.

2. The Cayman Islands General Registry Report for Temujin Labs Inc. (Cayman) ("Temujin Cayman"), a true and correct copy of which is attached as **Exhibit B** to the Bretan Declaration.

3. The Town of Atherton Zoning Map, as published online by the Town of Atherton (last accessed May 24, 2021, available at https://www.ci.atherton.ca.us/DocumentCenter/View/286/Zoning24x36_001?bidId=), a true and correct copy of which is attached as **Exhibit C** to the Bretan Declaration. For the Court's convenience, Exhibit C also includes an enlarged portion of the map noted to identify 69 Isabella Avenue, Atherton, California 94027 ("69 Isabella Ave.").

4. Property tax records of 69 Isabella Ave. (assessor's parcel number 070250400) as published by the County of San Mateo Tax Collector (last accessed May 24, 2021, available at https://sanmateo-ca.county-taxes.com/public/property_tax/accounts/070-250-400), true and correct copies of which are attached as **Exhibit D** to the Bretan Declaration.

5. Records of transfer for 69 Isabella Ave. since 1985 as published by the San Mateo County Assessor, County Clerk-Recorder's Office (last accessed May 24, 2021, available at https://apps.smcacre.org/recorderworks/; then "Search by (APN) Assessor Parcel Number"; then search "070250400") and record of grant deed transfer for parcel 070250400 to Nessco Investments LLC, true and correct copies of which are attached as **Exhibit E** to the Bretan Declaration.

## I. EXHIBITS A THROUGH E ARE PROPERLY SUBJECT TO JUDICIAL NOTICE PURSUANT TO FRE 201

Courts may take judicial notice of information made publicly available by government entities. *See United States Small Bus. Admin. v. Bensal*, 853 F.3d 992, 1003 n.3 (9th Cir. 2017) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities."); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities (the school districts), and neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein."). Exhibits A, B, C, D, and E are records available from government entities including the Delaware Secretary of State, the Cayman Islands General Registry, the Town of Atherton, the County of San Mateo Tax Collector, and the San Mateo County Assessor, County Clerk-Recorder's Office respectively. Consequently, the records are properly subject to judicial notice, as they are reliable sources whose accuracy cannot reasonably be questioned. Moving Defendants offer Exhibits A and B to demonstrate that Paracorp is Temujin Delaware's registered agent for service of process, that Paracorp is not a registered agent of Temujin Cayman, and that Temujin Cayman's registered address is in the Cayman Islands. Exhibits C, D, and E are offered to demonstrate judicially noticeable facts about 69 Isabella Ave.: that it is zoned R-1A[1] for residential use, that the parcel number for the property is 070250400, and that Nessco Investments LLC is the owner of record.

For the reasons set forth above, Moving Defendants respectfully request that the Court consider **Exhibits A through E** to the Bretan Declaration.

Dated: May 28, 2021

FENWICK & WEST LLP

By: /s/ *Jennifer C. Bretan*
Jennifer C. Bretan

Attorneys for the Individual Defendants and Temujin Labs Inc. (Cayman)

---

[1] Atherton Mun. Code 17.32 (Residential District R-1A) and 17.48 (Home Occupations) *available at* www.codepublishing.com/CA/Atherton/#!/Atherton17/Atherton17.html.