ROCHE FREEDMAN LLP
Constantine P. Economides (*pro hac vice*)
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
Email: ceconomides@rcfllp.com
Telephone: 305-851-5997

Attorneys for Plaintiff,
Ariel Abittan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| PLAINTIFF, | **STIPULATION SETTING BRIEFING SCHEDULE AND EXTENDING TIME TO RESPOND AND ORDER** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Nathanael Cousins |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

Pursuant to Civil Local Rules 6-1, 6-2, 16-2 and 7-12, Plaintiff Ariel Abittan ("Plaintiff") and Defendant Temujin Labs Inc. (Delaware) ("Temujin Delaware"), by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff filed his complaint on December 24, 2021;

WHEREAS, Temujin Cayman and the Individual Defendants ("Moving Defendants") filed a motion to dismiss [ECF No. 53] on May 28, 2021;

WHEREAS, counsel for the parties have met and conferred and agree that, in the interest of efficiency, and subject to the Court's approval, an extension of the briefing schedule would assist the parties in coordinating overlapping commitments;

ACCORDINGLY, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

1. The deadlines for Plaintiff's response to the motion to dismiss [ECF No. 53] is extended from June 11, 2021, to June 18, 2021;

2. The deadline for the Moving Defendants' reply is extended from June 18, 2021, to July 9, 2021;

3. The hearing is continued from July 7, 2021, to July 28, 2021, or any other date that the Court may set.

Dated:   June 9, 2021                    ROCHE FREEDMAN LLP

                                         By:  */s/ Constantine P. Economides*
                                              Constantine P. Economides

                                         Attorneys for Plaintiff Ariel Abittan

Dated:   June 9, 2021                    FENWICK & WEST LLP

                                         By:  */s/ Felix Lee*
                                              Felix Lee

                                         Attorneys for Defendants

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   June 9, 2021                    By:  */s/ Constantine P. Economides*
                                              Constantine P. Economides

***

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 10, 2021

_____
The Honorable Nathanael Cousins
United States Magistrate Judge

