Katherine Eskovitz (CA Bar No. 255105)
Brianna Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
Email: keskovitz@rcfllp.com
       bpierce@rcfllp.com

Constantine P. Economides (*pro hac vice*)
Florida Bar No. 118177
ROCHE FREEDMAN LLP
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
Tel: (305) 971-5943
Email:  ceconomides@rcfllp.com

*Counsel for Plaintiff,*
*Ariel Abittan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| PLAINTIFF, | **DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

I, Constantine P. Economides, declare as follows:

1.      I am an attorney licensed to practice law in the States of New York and Florida and admitted to practice before this Court *pro hac vice* to practice. I am counsel with the firm Roche Freedman LLP, and counsel for Plaintiff Ariel Abittan ("Plaintiff"). I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

2.      Attached hereto as composite Exhibit A are true and correct copies of two "Affidavits of Due Diligence," from a process server retained by Plaintiff's previous counsel to serve process on Lily Chao.

3.      Attached hereto as composite Exhibit B are true and correct copies of two "Affidavits of Due Diligence," from a process server retained by Plaintiff's previous counsel to serve process on Damien Ding.

4.      Attached hereto as composite Exhibit C are true and correct copies of three updated "Proofs of Service," from a process server retained by Plaintiff's previous counsel to serve process on Lily Chao, Damien Ding, and Temujin Labs Inc.

5.      Attached hereto as Exhibit D is a true and correct copy of an affidavit from a process server retained by Plaintiff's previous counsel to serve process on Lily Chao, Damien Ding, and Temujin Labs Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June, 2021 at Miami, Florida.

Dated: June 18, 2021

**ROCHE FREEDMAN LLP**

*/s/ Constantine P. Economides*
Constantine P. Economides  (*pro hac vice*)

*Attorney for Plaintiff Ariel Abittan*