# Exhibit A

| Attorney or Party without Attorney:<br>BAHRAM SEYEDIN-NOOR (#SBN 203244)<br>ALTO LITIGATION, P.C.<br>4 EMBARCADERO CENTER SUITE 1400<br>SAN FRANCISCO , CA 94111<br>  *Telephone No:* | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION | | | | |
| *Plaintiff:* ARIEL ABITTAN<br>*Defendant:* LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN); et al. | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-cv-09340-NC |

1. I, Ellenor Rios PS0984, Santa Clara , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN) as follows:

2. *Documents:* See Attached List of All Documents Served; .

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Jan 17, 2021, 9:21 am PST at 69 ISABELLA AVENUE, ATHERTON, CA 94027
no answer at the callbox server not sure if the callbox works.

2) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Jan 19, 2021, 12:24 pm PST at 69 ISABELLA AVENUE, ATHERTON, CA 94027
no answer at the callbox no vehicles lots of debris in front of the gate. The debris doesn't allow people to exit or enter property doesn't look like anyone is there.

3. **Person Who Served Papers:**
   a. Ellenor Rios (PS0984, Santa Clara)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)
d. *The Fee* for Service was:
e. I am: A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

06/17/2021
(Date)                                         (Signature)



AFFIDAVIT OF
DUE DILIGENCE

5258204
(7775221)

| Attorney or Party without Attorney:<br>BAHRAM SEYEDIN-NOOR (#SBN 203244)<br>ALTO LITIGATION, P.C.<br>4 EMBARCADERO CENTER SUITE 1400<br>SAN FRANCISCO , CA 94111<br>*Telephone No:*<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION | | |
| *Plaintiff:* ARIEL ABITTAN<br>*Defendant:* LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN); et al. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-cv-09340-NC |
|---|---|---|---|---|

1. I, Ellenor Rios PS0984, Santa Clara , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN) as follows:

2. *Documents:* See Attached List of All Documents Served; .

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Jan 25, 2021, 12:59 pm PST at 470 MIDDLEFIELD ROAD, ATHERTON, CA 94027
no access there is a private gate and server cannot pass

2) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Jan 26, 2021, 7:15 pm PST at 470 MIDDLEFIELD ROAD, ATHERTON, CA 94027
no access past gate closed and locked.

3) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Jan 27, 2021, 4:52 pm PST at 470 MIDDLEFIELD ROAD, ATHERTON, CA 94027
no access past the gate no callbox

4) Unsuccessful Attempt by: Ellenor Rios (PS0984, Santa Clara) on: Jan 28, 2021, 7:50 am PST at 470 MIDDLEFIELD ROAD, ATHERTON, CA 94027
no access server waited 20 minutes
will hold for further instructions.



**AFFIDAVIT OF<br>DUE DILIGENCE**

5285181<br>(7777198)<br>Page 1 of 2

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>BAHRAM SEYEDIN-NOOR (#SBN 203244)<br>ALTO LITIGATION, P.C.<br>4 EMBARCADERO CENTER SUITE 1400<br>SAN FRANCISCO , CA 94111<br>*Telephone No:*<br>*Attorney For:* Plaintiff     *Ref. No. or File No.:* | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

*Plaintiff:* ARIEL ABITTAN
*Defendant:* LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN); et al.

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:20-cv-09340-NC |
|---|---|---|---|---|

3. **Person Who Served Papers:**
   a. Ellenor Rios (PS0984, Santa Clara)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   Recoverable cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

06/17/2021
(Date)      (Signature)



AFFIDAVIT OF
DUE DILIGENCE

5285181
(7777198)
Page 2 of 2