# Exhibit C

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-09340-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Lily Chao**

was received by me on *(date)* **03/17/2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Patricia Bedolla** at **69 Isabella Avenue, Atherton, CA 94027**, a person of suitable age and discretion who resides there, on *(date)* **03/18/2021**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/19/2021**

*Server's signature*

Robert Ferris, P.I. 14584
*Printed name and title*

888 N. First St. Ste. 313
San Jose, CA 95112
*Server's address*

Additional information regarding attempted service, etc:

This form does not have a section to include the location of service unless personal service was effected, so the Investigator has included the service address in the section identifying the name of the individual with whom the documents were left, Patricia Bedolla.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-09340-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Temujin (Cayman) c/o Lily Chao

was received by me on *(date)* 03/17/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Patricia Bedolla at 69 Isabella Avenue, Atherton, CA 94027 , a person of suitable age and discretion who resides there, on *(date)* 03/18/2021 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/19/2021

*Server's signature*

Robert Ferris, P.I. 14584
*Printed name and title*

888 N. First St. Ste. 313
San Jose, CA 95112
*Server's address*

Additional information regarding attempted service, etc:

This form does not have a section to include the location of service unless personal service was effected, so the Investigator has included the service address in the section identifying the name of the individual with whom the documents were left, Patricia Bedolla.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-09340-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Damien Ding**
was received by me on *(date)* **03/17/2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Patricia Bedolla** **at 69 Isabella Avenue, Atherton, CA 94027**, a person of suitable age and discretion who resides there, on *(date)* **03/18/2021**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/19/2021**

*Server's signature*

**Robert Ferris, P.I. 14584**
*Printed name and title*

**888 N. First St. Ste. 313**
**San Jose, CA 95112**
*Server's address*

Additional information regarding attempted service, etc:

This form does not have a section to include the location of service unless personal service was effected, so the Investigator has included the service address in the section identifying the name of the individual with whom the documents were left, Patricia Bedolla.