# Exhibit D

## ROBERT FERRIS INVESTIGATIONS LLC
LICENSE PI 14584

888 NORTH FIRST STREET, SUITE 313 ♦ SAN JOSE, CA  95112 ♦ (408) 320-5711 ♦ FERRISAGENCY@GMAIL.COM

COMES NOW ROBERT FERRIS, PRIVATE INVESTIGATOR, CA LICENSE PI-14584, TO SWEAR AS FOLLOWS:

1) I am a private investigator, continuously licensed as such in the State of California since December 1990 under license number Pi-14584.  My business address is 888 N. First St., Ste 313, San Jose, CA 95112.

2) I am a registered process server in Santa Clara County.  My registration number is PS-1624.

3) On 03/17/2021 I subserved the following documents to PATRICIA BEDOLLA on behalf of DAMIEN DING, LILY CHAO, and TEMUJIN LABS (CAYMAN) c/o LILY CHAO.  The service was effected at 69 Isabella Avenue in Atherton, California 94027 at approximately 1500 hours (3:00 p.m.):

   a) CORRECTED SUMMONS

   b) COMPLAINT

   c) INITIAL CASE MANAGEMENT ORDER CONFERENCE AND ADR DEADLINES

   d) CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE

   e) ECF REGISTRATION INFORMATION

   f) CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

   g) CIVIL STANDING ORDER

   h) SETTLEMENT CONFERENCE STANDING ORDER

   i) NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

   j) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

   k) CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

   l) CIVIL CASE STANDING ORDER RE: SELF-REPRESENTED LITIGANTS

   m) STANDING ORDER FOR ALL JUDGES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

   n) WAIVER OF THE SERVICE OF SUMMONS

   o) JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

   p) PRO SE COVID 19 STANDING ORDER

THIS REPORT IS SUBMITTED TO DOCUMENT THE FINDINGS AND THE EVENTS TAKING PLACE DURING THE INVESTIGATION UNDERTAKEN AT YOUR REQUEST.  THE INFORMATION CONTAINED HEREIN HAS BEEN OBTAINED IN GOOD FAITH BY SOURCES DEEMED TO BE RELIABLE, AND IS PRESENTED TO YOU WITHOUT WARRANTY, EITHER EXPRESS OR IMPLIED, ON THE PART OF THIS AGENCY.  THE INFORMATION IS CONFIDENTIAL, AND FOR YOUR EXCLUSIVE USE AND BENEFIT.  SHOULD ANY ACTION RESULT FROM THE USE OR MISUSE OF THIS INFORMATION, YOU AGREE TO INDEMNIFY AND HOLD HARMLESS ROBERT FERRIS INVESTIGATIONS AND ALL OF ITS REPRESENTATIVES, INVESTIGATORS, AND THIRD PARTY AGENTS FROM ANY AND ALL LIABILITIES, CLAIMS, EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES), DAMAGES, SUITS, COSTS, DEMANDS, AND JUDGMENTS, AND BY YOUR ACCEPTANCE OF THIS REPORT YOU AGREE SPECIFICALLY TO THE SAME.

## ROBERT FERRIS INVESTIGATIONS LLC
LICENSE PI 14584

888 NORTH FIRST STREET, SUITE 313 ♦ SAN JOSE, CA 95112 ♦ (408) 320~5711 ♦ FERRISAGENCY@GMAIL.COM

   q) COVER SHEET FOR LITIGANTS, DAMIEN DING, LILY CHAO, AND TEMUJIN LABS(CAYMAN) c/o LILY CHAO RESPECTIVELY

4) Upon receiving the service document packages, PATRICIA BEDOLLA conveyed them to the street, beyond the open gates of the property, and threw them to the ground.

5) I departed the area shortly thereafter, and the service document packages remained where they had been dropped.

6) Further, Affiant sweareth not.

"UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA AND THE UNITED STATES OF AMERICA, I HEREBY SWEAR THE FOREGOING IS TRUE AND CORRECT."

_____  
Robert Ferris

Date _06/18/2021_

[Seal: ROBERT FERRIS / CALIFORNIA / PI14584 / LICENSE / PRIVATE INVESTIGATOR]

THIS REPORT IS SUBMITTED TO DOCUMENT THE FINDINGS AND THE EVENTS TAKING PLACE DURING THE INVESTIGATION UNDERTAKEN AT YOUR REQUEST. THE INFORMATION CONTAINED HEREIN HAS BEEN OBTAINED IN GOOD FAITH BY SOURCES DEEMED TO BE RELIABLE, AND IS PRESENTED TO YOU WITHOUT WARRANTY, EITHER EXPRESS OR IMPLIED, ON THE PART OF THIS AGENCY. THE INFORMATION IS CONFIDENTIAL, AND FOR YOUR EXCLUSIVE USE AND BENEFIT. SHOULD ANY ACTION RESULT FROM THE USE OR MISUSE OF THIS INFORMATION, YOU AGREE TO INDEMNIFY AND HOLD HARMLESS ROBERT FERRIS INVESTIGATIONS AND ALL OF ITS REPRESENTATIVES, INVESTIGATORS, AND THIRD PARTY AGENTS FROM ANY AND ALL LIABILITIES, CLAIMS, EXPENSES (INCLUDING REASONABLE ATTORNEY'S FEES), DAMAGES, SUITS, COSTS, DEMANDS, AND JUDGMENTS, AND BY YOUR ACCEPTANCE OF THIS REPORT YOU AGREE SPECIFICALLY TO THE SAME.