# Exhibit 1

**1/15/18, 5:02 PM**
iPhone (+15167321253)

👆

**1/15/18, 5:48 PM**
iPhone (+15167321253)

Should I bring down some food to warm up so it's easier with kosher ?

**1/15/18, 5:48 PM**
iPhone (+15167321253)

I can get from restaurant and have then package it for the 3 days. No big deal.

**1/15/18, 5:49 PM**
Tifdany Old # (6502846996)

It is better.i don't know where can have kosher except the only one in Palo Alto.

**1/15/18, 5:49 PM**
Tifdany Old # (6502846996)

Sorry for that.

**1/15/18, 5:49 PM**
iPhone (+15167321253)

Of course no need to apologize. No big deal st all.

**1/15/18, 5:49 PM (Viewed 1/15/18, 5:55 PM)**
Tifdany Old # (6502846996)

😊

**1/15/18, 9:28 PM (Viewed 1/15/18, 9:36 PM)**
Tifdany Old # (6502846996)

Your flight number?

**1/15/18, 9:37 PM**
iPhone (+15167321253)

AA9

**1/15/18, 10:16 PM**
iPhone (+15167321253)

Should I bring any nicer clothes for meetings? Are we meeting with Coinbase?

**1/15/18, 10:19 PM**
Tifdany Old # (6502846996)

Not this time.we need have have appointment to meet with their founder.

**1/15/18, 10:19 PM**
iPhone (+15167321253)

Ok

**1/16/18, 1:12 PM**
iPhone (+15167321253)

Goodmorning

**1/16/18, 1:12 PM**
iPhone (+15167321253)

Landed

**1/16/18, 1:13 PM**
Tifdany Old # (6502846996)

Dear,we are stocked by some thing.can you take uber to my house?thanks.

81

**1/16/18, 1:13 PM**
iPhone (+15167321253)
Of course!

**1/16/18, 1:13 PM**
iPhone (+15167321253)
No worries

**1/16/18, 1:13 PM**

Tifdany Old # (6502846996)
Thanks.

**1/16/18, 1:13 PM**
iPhone (+15167321253)
Address?

**1/16/18, 1:14 PM**

Tifdany Old # (6502846996)
You don't know?

**1/16/18, 1:14 PM**

Tifdany Old # (6502846996)
69 Isabella Ave,atherton

**1/16/18, 1:14 PM**
iPhone (+15167321253)
Gave to me last time I have written in my notes

**1/16/18, 1:14 PM**
iPhone (+15167321253)
📝 See you soon

**1/16/18, 1:18 PM (Viewed 1/16/18, 1:19 PM)**

Tifdany Old # (6502846996)
Let me know when you on the way.

**1/16/18, 1:19 PM**

Tifdany Old # (6502846996)
Thanks

**1/16/18, 1:19 PM**
iPhone (+15167321253)
On the way now. Just got into Uber. 10:50 AM arrival

**1/16/18, 1:20 PM**

Tifdany Old # (6502846996)
Ok.great.

**1/16/18, 1:20 PM**

Tifdany Old # (6502846996)
See you later

**1/16/18, 1:20 PM**
iPhone (+15167321253)
👍

**1/16/18, 1:23 PM**

Tifdany Old # (6502846996)
One minutes before you arrive here just let me know.i need open the door for you.thanks.