# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| PLAINTIFF, | **DECLARATION OF SERVICE** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

I, CHRISTINA LARKIN declare that:

1. I am not a party to this action, and I am over 21 years of age.

2. I am employed by the law firm of Roche Freedman LLP, 99 Park Ave., Suite 1910, New York, New York 10016, attorneys for Plaintiff Ariel Abittan.

3. On June 11, 2021, I served a true and correct copy of the (a) Issued Summons and Complaint; (b) Judge's Standing Orders; (c) Civil Standing Order, Magistrate Judge Nathanael M. Cousins; (d) ECF Registration Info; (e) Notice of Lawsuit and Request to Waive Service; (f) Notice of Assignment of Case to a United States Magistrate Judge for Trial; and (g) Notice of Availability of Magistrate Judge to Exercise Jurisdiction by sending copies *via* Federal Express addressed to:

(a)    Temujin Labs, Inc.
c/o AEQUITAS INTERNATIONAL MANAGEMENT LTD.
Grand Pavilion Commercial Centre,
Suite 24, 802 West Bay Road,
Grand Cayman KY1-1003
Cayman Islands

(b)  Lily Chao (a/k/a Tiffany Chen, a/k/a Yuting Chen)
Temujin Labs, Inc.
c/o AEQUITAS INTERNATIONAL MANAGEMENT LTD.
Grand Pavilion Commercial Centre,
Suite 24, 802 West Bay Road,
Grand Cayman KY1-1003
Cayman Islands

(c)  Damien Ding (a/k/a Damien Leuong, a/k/a Tao Ding)
Temujin Labs, Inc.
c/o AEQUITAS INTERNATIONAL MANAGEMENT LTD.
P. O. Box 10281
Grand Pavilion Commercial Centre,
Suite 24, 802 West Bay Road,
Grand Cayman KY1-1003
Cayman Islands

4. On June 16, 2021, I received confirmation of delivery from Federal Express, attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

_Christina Larkin_
Christina Larkin

---

2
DECLARATION OF SERVICE
Case No. 5:20-CV-09340-NC