# Exhibit 1



TRACK ANOTHER SHIPMENT

773975275034   
ADD NICKNAME

# Delivered
## Wednesday, June 16, 2021 at 3:22 pm



**DELIVERED**
Signed for by: C.CHRISTYAN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| ROCHE FREEDMAN LLP<br>CHRISTINA LARKIN | C/O AEQUITAS INTERNATIONAL MANAGEM<br>TEMUJIN LABS INC. |
| 99 PARK AVE.<br>SUITE 1910<br>NEW YORK, NY US 10016<br>914-774-8035 | GRAND PAVILION COMMERCIAL CENTRE<br>SUITE 24, 802 WEST BAY ROAD<br>GRAND CAYMAN, KY KY11003<br>345-623-8705 |

## Travel History

| TIME ZONE |
|---|
| Local Scan Time  |

**Wednesday, June 16, 2021**

| 3:22 PM | GRAND CAYMAN KY | Delivered |
| 10:02 AM | GEORGE TOWN KY | On FedEx vehicle for delivery |

**Tuesday, June 15, 2021**

| 4:24 PM | GEORGE TOWN KY | At local FedEx facility |

**Monday, June 14, 2021**

| 3:19 PM | GEORGE TOWN KY | At local FedEx facility |

| Time | Location | Status |
|---|---|---|
| 3:18 PM | GEORGE TOWN KY | Delivery exception<br>Package at station, arrived after courier dispatch |
| 3:18 PM | GEORGE TOWN KY | International shipment release - Import |
| 3:18 PM | GEORGE TOWN KY | At local FedEx facility |
| 3:17 PM | GEORGE TOWN KY | Shipment exception<br>Delay beyond our control |
| 3:17 PM | GEORGE TOWN KY | In transit<br>Package available for clearance |
| 7:08 AM | MIAMI, FL | In transit |
| 7:03 AM | MIAMI, FL | In transit |
| 7:03 AM | MIAMI, FL | In transit |
| 1:11 AM | MIAMI, FL | At destination sort facility |

Sunday, June 13, 2021

| Time | Location | Status |
|---|---|---|
| 8:20 PM | MEMPHIS, TN | Departed FedEx location |
| 11:26 AM | MEMPHIS, TN | In transit |

Saturday, June 12, 2021

| Time | Location | Status |
|---|---|---|
| 10:18 AM | MEMPHIS, TN | Arrived at FedEx location |

Friday, June 11, 2021

| Time | Location | Status |
|---|---|---|
| 8:25 PM | GARDEN CITY, NY | Left FedEx origin facility |
| 3:27 PM | GARDEN CITY, NY | Picked up |
| 3:16 PM | LEVITTOWN, NY | Picked up<br>Tendered at FedEx Office |
| 10:20 AM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
773975275034

**SERVICE**
FedEx International Economy

**WEIGHT**
1 lbs / 0.45 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
Abittan (1099)

**PACKAGING**
FedEx Pak

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
6/11/21

**STANDARD TRANSIT**
6/23/21 by 9:00 pm

**ACTUAL DELIVERY**
6/16/21 at 3:22 pm

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | LEGAL DOCUMENTS |



TRACK ANOTHER SHIPMENT

773975313131 

**ADD NICKNAME**

# Delivered
## Wednesday, June 16, 2021 at 3:22 pm

**DELIVERED**
Signed for by: C.CHRISTYAN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| ROCHE FREEDMAN LLP<br>CHRISTINA LARKIN | TEMUJIN C/O AEQUITAS INT'L MANAGEM<br>LILY CHAO |
| 99 PARK AVE.<br>SUITE 1910<br>NEW YORK, NY US 10016<br>914-774-8035 | GRAND PAVILION COMMERCIAL CENTRE<br>SUITE 24, 802 WEST BAY ROAD<br>GRAND CAYMAN, KY KY11003<br>345-623-8705 |

## Travel History

**TIME ZONE**
Local Scan Time 

**Wednesday, June 16, 2021**

| 3:22 PM | GRAND CAYMAN KY | Delivered |
| 10:02 AM | GEORGE TOWN KY | On FedEx vehicle for delivery |

**Tuesday, June 15, 2021**

| 4:24 PM | GEORGE TOWN KY | At local FedEx facility |

**Monday, June 14, 2021**

| 3:19 PM | GEORGE TOWN KY | At local FedEx facility |



| Time | Location | Status |
|---|---|---|
| 3:18 PM | GEORGE TOWN KY | Delivery exception<br>Package at station, arrived after courier dispatch |
| 3:18 PM | GEORGE TOWN KY | International shipment release - Import |
| 3:18 PM | GEORGE TOWN KY | At local FedEx facility |
| 3:17 PM | GEORGE TOWN KY | Shipment exception<br>Delay beyond our control |
| 3:17 PM | GEORGE TOWN KY | In transit<br>Package available for clearance |
| 7:08 AM | MIAMI, FL | In transit |
| 7:03 AM | MIAMI, FL | In transit |
| 7:03 AM | MIAMI, FL | In transit |
| 1:11 AM | MIAMI, FL | At destination sort facility |

**Sunday, June 13, 2021**

| Time | Location | Status |
|---|---|---|
| 8:20 PM | MEMPHIS, TN | Departed FedEx location |
| 11:26 AM | MEMPHIS, TN | In transit |

**Saturday, June 12, 2021**

| Time | Location | Status |
|---|---|---|
| 10:18 AM | MEMPHIS, TN | Arrived at FedEx location |

**Friday, June 11, 2021**

| Time | Location | Status |
|---|---|---|
| 8:25 PM | GARDEN CITY, NY | Left FedEx origin facility |
| 3:27 PM | GARDEN CITY, NY | Picked up |
| 3:16 PM | LEVITTOWN, NY | Picked up<br>Tendered at FedEx Office |
| 10:22 AM | | Shipment information sent to FedEx |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>773975313131 | **SERVICE**<br>FedEx International Economy | **WEIGHT**<br>1 lbs / 0.45 kgs |
| **DELIVERY ATTEMPTS**<br>1 | **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>1 lbs / 0.45 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>Abittan (1099) |
| **PACKAGING**<br>FedEx Pak | **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **SHIP DATE**<br>6/11/21 |
| **STANDARD TRANSIT**<br>6/23/21 by 9:00 pm | **ACTUAL DELIVERY**<br>6/16/21 at 3:22 pm | |

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | LEGAL DOCUMENTS |



TRACK ANOTHER SHIPMENT

773975301973 
**ADD NICKNAME**

# Delivered
## Wednesday, June 16, 2021 at 3:22 pm

**DELIVERED**
Signed for by: C.CHRISTYAN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| ROCHE FREEDMAN LLP | TEMUJIN C/O AEQUITAS INT'L MANAGEM |
| CHRISTINA LARKIN | DAMIEN DING |
| 99 PARK AVE. | GRAND PAVILION COMMERCIAL CENTRE |
| SUITE 1910 | SUITE 24, 802 WEST BAY ROAD |
| NEW YORK, NY US 10016 | GRAND CAYMAN, KY KY11003 |
| 914-774-8035 | 345-623-8705 |

## Travel History

**TIME ZONE**
Local Scan Time

**Wednesday, June 16, 2021**

| 3:22 PM | GRAND CAYMAN KY | Delivered |
| 10:01 AM | GEORGE TOWN KY | On FedEx vehicle for delivery |

**Tuesday, June 15, 2021**

| 4:24 PM | GEORGE TOWN KY | At local FedEx facility |

**Monday, June 14, 2021**

| 3:19 PM | GEORGE TOWN KY | At local FedEx facility |

| Time | Location | Status |
|---|---|---|
| 3:18 PM | GEORGE TOWN KY | Delivery exception<br>Package at station, arrived after courier dispatch |
| 3:18 PM | GEORGE TOWN KY | International shipment release - Import |
| 3:18 PM | GEORGE TOWN KY | At local FedEx facility |
| 3:17 PM | GEORGE TOWN KY | Shipment exception<br>Delay beyond our control |
| 3:17 PM | GEORGE TOWN KY | In transit<br>Package available for clearance |
| 7:08 AM | MIAMI, FL | In transit |
| 7:03 AM | MIAMI, FL | In transit |
| 7:03 AM | MIAMI, FL | In transit |
| 1:11 AM | MIAMI, FL | At destination sort facility |

### Sunday, June 13, 2021

| Time | Location | Status |
|---|---|---|
| 8:20 PM | MEMPHIS, TN | Departed FedEx location |
| 11:26 AM | MEMPHIS, TN | In transit |

### Saturday, June 12, 2021

| Time | Location | Status |
|---|---|---|
| 10:18 AM | MEMPHIS, TN | Arrived at FedEx location |

### Friday, June 11, 2021

| Time | Location | Status |
|---|---|---|
| 8:25 PM | GARDEN CITY, NY | Left FedEx origin facility |
| 3:27 PM | GARDEN CITY, NY | Picked up |
| 3:16 PM | LEVITTOWN, NY | Picked up<br>Tendered at FedEx Office |
| 10:22 AM | | Shipment information sent to FedEx |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>773975301973 | **SERVICE**<br>FedEx International Economy | **WEIGHT**<br>1 lbs / 0.45 kgs |
| **DELIVERY ATTEMPTS**<br>1 | **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>1 lbs / 0.45 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>Abittan (1099) |
| **PACKAGING**<br>FedEx Pak | **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **SHIP DATE**<br>6/11/21 |
| **STANDARD TRANSIT**<br>6/23/21 by 9:00 pm | **ACTUAL DELIVERY**<br>6/16/21 at 3:22 pm | |

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | LEGAL DOCUMENTS |