Katherine Eskovitz (CA Bar No. 255105)
Brianna Pierce (*CA Bar No. Pending*)
ROCHE FREEDMAN LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
Tel: (646) 791-6883
Email: keskovitz@rcfllp.com
        bpierce@rcfllp.com

Constantine P. Economides
ROCHE FREEDMAN LLP
Florida Bar No. 118177 (PHV)
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rcfllp.com

*Counsel for Plaintiff,*
*Ariel Abittan*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| PLAINTIFF, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHETHER A NOMINAL DEFENDANT MUST CONSENT TO JURISDICTION** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Nathanael Cousins |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

Plaintiff Ariel Abittan respectfully submits this Response to the Court's Order to Show Cause Whether a Nominal Defendant Must Consent to Jurisdiction [ECF No. 58].

After searching nationwide for federal precedent, Plaintiff has found the following holding, indicating that § 636(c) consent by Nominal Defendant Eian Labs Inc. is required:

> Here, the Nominal Defendants have not consented to the jurisdiction of a United States Magistrate Judge or otherwise appeared in this action. While all other parties to this action have consented to the jurisdiction of a United States Magistrate Judge, because the Nominal Defendants must consent before jurisdiction may vest, the Court issues these findings and recommendations regarding Plaintiffs' motion for default judgment.

*Calderon v. United States*, 1:17-CV-00040-BAM, 2019 WL 1199855, at *1 (E.D. Cal. Mar. 14, 2019), report and recommendation adopted sub nom. *Calderon v. Tulare Reg'l Med. Ctr.*, 117CV00040DADBAM, 2019 WL 1745866 (E.D. Cal. Apr. 18, 2019).

As the beneficial owner of 39.6% of Eian Labs Inc.'s shares (*see* Complaint ¶¶ 21, 48-51), Plaintiff, to the fullest extent permissible in that capacity as a shareholder, would choose for and cause Eian Labs Inc. to consent to magistrate jurisdiction in accordance with the provisions of 28 U.S.C. § 636(c). Nonetheless, without waiving any substantive rights or arguments in this litigation unrelated to consent under § 636(c), Plaintiff believes that the beneficial owners of a majority of Eian Labs Inc.'s shares must consent as well.

Dated: June 18, 2021

Respectfully submitted,

**ROCHE FREEDMAN LLP**

*/s/ Constantine P. Economides*
Constantine P. Economides
Florida Bar No. 118177 (PHV)
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rcfllp.com

Katherine Eskovitz (CA Bar No. 255105)
Brianna Pierce (CA Bar No. 336906)
1158 26th Street, Suite 175

Santa Monica, CA 90403
Tel: (646) 791-6883
Email: keskovitz@rcfllp.com
bpierce@rcfllp.com

*Counsel for Plaintiff,
Ariel Abittan*