UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>    Plaintiff,<br><br>v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>    Defendants,<br>and<br><br>EIAN LABS INC.,<br><br>    Nominal Defendant. | Case No.: 5:20-cv-09340<br><br>**DECLARATION OF GUANGHUA LIANG AND CONSENT OF EIAN LABS INC. TO MAGISTRATE JURISDICTION** |

I, Guanghua Liang, declare as follows:

1. I have personal knowledge of the following.

2. Eian Labs Inc. ("Eian") was a Delaware Corporation established in July 2018.

3. Eian was subsequently dissolved in August 2019 pursuant to adoption of a plan of liquidation and dissolution.

4. I was the sole director of Eian at the time of dissolution.

5. Notwithstanding the dissolution, under the Delaware General Corporation Laws, I understand that Eian continues for a period of time for purposes of prosecuting and defending suits by or against it and, in that respect, I retain my authority as Eian's sole director.

6. I also understand that Ariel Abittan is purporting to bring derivative claims on behalf of Eian, and names Eian as a nominal defendant in this action, and that the Court has requested that the parties seek Eian's consent to magistrate judge jurisdiction.

7. Mr. Abittan is not and has never been a shareholder of Eian Labs Inc., and in fact cannot be a current shareholder of Eian Labs Inc., as all stock in Eian was cancelled in connection with the dissolution in August 2019.

8. Mr. Abittan also did not make any litigation demand on Eian of which I am aware.

9. While I do not believe that Mr. Abittan may sue on Eian's behalf, to expedite resolution of that issue, in accordance with the provisions of 28 U.S.C. § 636(c), Eian voluntarily consents to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment, and understands that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2021 in Shandong, China.

_____
Guanghua Liang