| | |
|---|---|
| 1 | DEAN S. KRISTY (CSB No. 157646) |
|   | dkristy@fenwick.com |
| 2 | JENNIFER BRETAN (CSB No. 233475) |
|   | jbretan@fenwick.com |
| 3 | CASEY O'NEILL (CSB No. 264406) |
|   | coneill@fenwick.com |
| 4 | JOSHUA PARR (CSB No. 318549) |
|   | jparr@fenwick.com |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 6 | San Francisco, CA 94104 |
|   | Telephone: 415.875.2300 |
| 7 | Facsimile: 415.281.1350 |
| 8 | FELIX LEE (CSB No. 197084) |
|   | flee@fenwick.com |
| 9 | FENWICK & WEST LLP |
|   | 801 California Street |
| 10 | Mountain View, CA 94041 |
|   | Telephone: 650.988.8500 |
| 11 | Facsimile: 650.938.5200 |
| 12 | Attorneys for Defendants Temujin Labs Inc. |
|   | (Delaware), Temujin Labs Inc. (Cayman), and the |
| 13 | Individual Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION) | Judge:   Hon. Nathanael M. Cousins |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

Having considered Defendants' Administrative Motion to Continue Case Management Conference and Associated Deadlines, the papers submitted by the parties, and the arguments of counsel, the Court rules as follows:

Good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.

The Court hereby continues the Case Management Conference currently scheduled for July 28, 2021 to [September 15, 2021] [30 days after the Court rules on both pending motions to dismiss by Defendants]. All other case management deadlines, including Rule 26 conference obligations and all associated ADR Multi-Option Program deadlines, are likewise deferred in accordance with this Order.

Dated:  July __, 2021

_____
Honorable Nathaneal Cousins
United States Magistrate Judge