```
DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER BRETAN (CSB No. 233475)
jbretan@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
JOSHUA PARR (CSB No. 318549)
jparr@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

FELIX LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants Temujin Labs Inc.
(Delaware), Temujin Labs Inc. (Cayman), and the
Individual Defendants
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>Plaintiff,<br><br>v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION)<br><br>Defendants,<br><br>and<br><br>EIAN LABS INC.,<br><br>Nominal Defendant. | Case No.: 5:20-cv-09340<br><br>**DECLARATION OF YUTING CHEN**<br><br>Judge:    Hon. Nathanael M. Cousins |

I, Yuting Chen, hereby state and declare as follows:

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would

testify competently as to the matters described below.

2. I am aware that plaintiff Ariel Abittan has submitted a declaration in this matter in which he makes allegations about an individual who he claims is Lily Chao, and that in this case, he appears to confuse me with Lily Chao.

3. I am not Lily Chao and Lily Chao is not my sister.

4. I have occasionally stayed at the property at 69 Isabella Avenue in Atherton prior to this year, and act as an informal manager of the property, but no one has lived there in 2021. I have a housekeeping company come in to clean the property, but the housekeepers do not live there.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2021 at Palo Alto, California.

By: _____
Yuting Chen

DECL. OF Y. CHEN   Case No. 5:20-cv-09340-NC