1  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
2  JENNIFER BRETAN (CSB No. 233475)
   jbretan@fenwick.com
3  CASEY O'NEILL (CSB No. 264406)
   coneill@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone: 415.875.2300
6  Facsimile: 415.281.1350

7  FELIX LEE (CSB No. 197084)
   flee@fenwick.com
8  FENWICK & WEST LLP
   801 California Street
9  Mountain View, CA 94041
   Telephone: 650.988.8500
10 Facsimile: 650.938.5200

11 Attorneys for Defendants Temujin Labs Inc.
   (Delaware), Temujin Labs Inc. (Cayman), and the
12 Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | Judge:    Hon. Nathanael M. Cousins |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION) | |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

NOTICE OF WITHDRAWAL OF COUNSEL                              Case No. 5:20-cv-09340-NC

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joshua R. Parr has withdrawn as counsel of record for Temujin Labs Inc. (Delaware), Temujin Labs Inc. (Cayman), and the Individual Defendants in the above-referenced litigation due to his departure from the firm of Fenwick & West LLP. Please remove his name from the ECF electronic registration for this case.

Counsel of record at Fenwick & West LLP for Temujin Labs Inc. (Delaware), Temujin Labs Inc. (Cayman), and the Individual Defendants otherwise remains the same.

Dated: July 12, 2021

FENWICK & WEST LLP

By: /s/ *Jennifer Bretan*
Jennifer Bretan

Attorneys for Defendants Temujin Labs Inc. (Delaware), Temujin Labs Inc. (Cayman), and the Individual Defendants

NOTICE OF WITHDRAWAL OF COUNSEL                    1                    Case No. 5:20-cv-09340-NC