Katherine Eskovitz (CA Bar No. 255105)
Brianna Pierce (CA Bar 336906)
ROCHE FREEDMAN LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
Tel: (646) 791-6883
Email: keskovitz@rcfllp.com
       bpierce@rcfllp.com

Constantine P. Economides
ROCHE FREEDMAN LLP
Florida Bar No. 118177 (PHV)
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rcfllp.com

*Counsel for Plaintiff,
Ariel Abittan*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| PLAINTIFF, | **CERTIFICATE OF SERVICE OF THE SUMMONS AND COMPLAINT UPON LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN)** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge: Nathanael Cousins |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |



**Attention: Constantine P. Economides, Esq.**

Roche Freedman LLP
99 Park Ave., Suite 1910
New York, NY 10016
UNITED STATES OF AMERICA

Dear Sir/Madam,

<u>**Re: Confirmation of Service on Lily Chao: Our Ref: FP 047 of 2021**</u>

| | |
|---|---|
| ☐ | Document(s) are attached herewith are being delivered for the reason that the process of service in this matter has been successfully completed. |
| ☐ | Please find attached our Affidavit of Service duly sworn and notarized as is required by the due process. |
| ☐ | Please find also attached completed Certificate Attestation. |
| ☐ | Your payment of US$104.00 to cover cost occasioned by the employment of a Judicial Officer to effect service (Para. 2 Article 12 of the Hague Convention, 1965) has been received. |
| ☐ | Please find attached copy receipt to serve as proof of your payment. |

☐ Our process of service in respect of this matter is complete and there is no outstanding balance of payment remaining on this account.

Sincerely yours,

**Devon O. Gow | Supervisor Civil Registry**
3rd Floor Kirk House | 61 Edward Street | P.O. Box 495, Grand Cayman KY1-1106, Cayman Islands
+1345 244-3814 (Direct) | +1345 949-4296 (Main) | +1345 949-9856 (Fax)
Devon.gow@judicial.ky | www.judicial.ky



Cayman Islands
**Judicial Administration**





Clerk of Court's Office
P.O. Box 495
George Town
Grand Cayman
Cayman Islands
B.W.I.

OUR REF: F.P. 0047 OF 2021

# AFFIDAVIT OF SERVICE

I, Richard Harford of George Town, Grand Cayman, Cayman Islands affirm and swear as follows:

1. I am the Chief Bailiff of the Grand Court of the Cayman Islands.

2. That on WEDNESDAY the 7th day of JULY **2021**, at 1115 hours I served the attached documents:-

   **SEE LIST/AS ATTACHED**

   _____
   _____
   _____

3. That service was made on the Registered office for Aequitas International Management LTD
   At Suit #24 Grand Pavilion, George Town

4. Service was made by handing the said documents Dwight Dube who therein accepted service for Aequitas International Management LTD

5. The above statements made by me are true and correct.

_____
RICHARD HARFORD, CHIEF BAILIFF OF THE GRAND COURT

Sworn to before me on Wednesday 7th day of July **2021**

_____
NOTARY PUBLIC, GEORGE TOWN
GRAND CAYMAN, CAYMAN ISLANDS

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. that the document has been served*
   que la demande a été exécutée*

| | |
|---|---|
| – the (date) / le (date): | WEDNESDAT 7ʰ JULY 2021 |
| – at (place, street, number):<br>à (localité, rue, numéro) : | AEQUITAS INTERNATIONAL MANAGEMENT LTD<br>SUIT #24 GRAND PAVILION, GEORGE TOWN |

– in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☒ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :
_____

☒ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| Identity and description of person:<br>Identité et qualité de la personne : | DWIGHT DUBE |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

_____

☒ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| | |
|---|---|
| Documents returned:<br>Pièces renvoyées : | Duplicate copy of document served |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | Affidavit of Service and Certificate of Attestation |

* if appropriate / s'il y a lieu

Done at / Fait à George Town, Grand Cayman,

The / le Wednesday 7th July 2021

Signature and/or stamp
Signature et / ou cachet

*[signature]*
Chief Bailiff 



## Cayman Islands Judicial Administration

| | | | |
|---|---|---|---|
| Received From: | Roche Freedman LLP | Date : | 07/26/2021 |
| | | Receipt #: | 380362 |
| Paying for: | , | Clerk: | natasha_ju |
| | | Reference # | CHASE1141USD |
| Transaction Type: | Payment | Comment: | FPS0047/2021 - Lily Chao |
| Payment Type: | CI cheque   $85.28 | | |
| Total Paid | $85.28 | | |
| Total Received | $85.28 | | |
| Change Due | $0.00 | | |