Katherine Eskovitz (CA Bar No. 255105)
Brianna Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
Email: keskovitz@rochefreedman.com
       bpierce@rochefreedman.com

Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rochefreedman.com

Joseph M. Delich (pro hac vice)
ROCHE FREEDMAN LLP
(NY Bar No. 5487186)
99 Park Avenue, Suite 1910
New York, NY 10016
Tel: (646) 970-7541
Email: jdelich@rochefreedman.com

*Counsel for Plaintiff,*
*Ariel Abittan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, <br><br> PLAINTIFF, <br><br> v. <br><br> LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), <br><br> DEFENDANTS, <br><br> and <br><br> EIAN LABS INC., | Case No. 5:20-CV-09340-NC <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER ALLOWING DEFENDANTS LILY CHAO AND DAMIEN DING TO BE SERVED (1) THROUGH COUNSEL, (2) THROUGH TEMUJIN LABS INC. (DELAWARE'S) REGISTERED AGENT, (3) BY TEXT, OR (4) BY PUBLICATION** |

1    NOMINAL DEFENDANT.

3    The motion of Plaintiff Ariel Abittan for an order allowing alternative service of the summons and complaint on Defendant Lily Chao (a/k/a Tiffany Chen, a/k/a Yuting Chen) ("Chao") and Defendant Damien Ding (a/k/a Damien Leung, a/k/a Tao Ding) ("Ding"; collectively, "Defendants") came on for hearing before the Court on October 27, 2021. The parties were represented by their respective counsel of record.

After considering the papers submitted by the parties and the arguments of counsel, the Court finds that service may be made on Defendants by one or more of the following methods:

1. service on Defendants' counsel;

2. service via Temujin Labs Inc.'s (Delaware) registered agent for service of process;

3. service via text message [and/or email]; and/or

4. service via publication.

Therefore, it is HEREBY ORDERED that: Plaintiff's motion for alternative service pursuant to Fed. R. Civ. P. Rule 4(e)(l) and 4(m) and Cal. Code Civ. P. §§ 413.30 and 415.50 is GRANTED [in whole or in part] and that Plaintiff shall have 60 days to effectuate service on Defendants in accordance with this Order.

IT IS SO ORDERED.

Dated: _____

   The Honorable Nathanael Cousins
   United States Magistrate Judge