Katherine Eskovitz (CA Bar No. 255105)
Brianna Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
Email: keskovitz@rochefreedman.com
         bpierce@rochefreedman.com

Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email:  ceconomides@rochefreedman.com

Joseph M. Delich (pro hac vice)
ROCHE FREEDMAN LLP
(NY Bar No. 5487186)
99 Park Avenue, Suite 1910
New York, NY 10016
Tel: (646) 970-7541
Email: jdelich@rochefreedman.com

*Counsel for Plaintiff,*
*Ariel Abittan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN,<br><br>PLAINTIFF,<br><br>v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>DEFENDANTS,<br><br>and<br><br>EIAN LABS INC.,<br><br>NOMINAL DEFENDANT. | Case No. 5:20-CV-09340-NC<br><br>**DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER ALLOWING DEFENDANTS LILY CHAO AN DAMIEN DING TO BE SERVED (1) THROUGH COUNSEL, (2) THROUGH TEMUJIN LABS INC. (DELAWARE'S) REGISTERED AGENT, (3) BY TEXT, OR (4) BY PUBLICATION** |

1.     1.  I am an attorney licensed to practice law in the States of New York and Florida and admitted to practice before this Court *pro hac vice* to practice. I am counsel with the firm Roche Freedman LLP, and counsel for Plaintiff Ariel Abittan ("Plaintiff"). I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's Motion for an Order Allowing Defendants Lily Chao and Damien Ding to be Served (1) Through Counsel, (2) Through Temujin Labs Inc. (Delaware)'S Registered Agent, (3) by Text, or (4) by Publication.

2.     1.  Attached hereto as Exhibit A is a true and correct copy of a Document Preservation Notice sent by Petitioner's prior counsel, Bryan Ketroser, Esq., to Defendants' counsel at Fenwick & West LLP ("Fenwick"), dated December 21, 2020.

3.     2.  Attached hereto as Exhibit B is a true and correct copy of a letter sent from Plaintiff's prior counsel, Bryan Ketroser, Esq. of Alto Litigation, to Defendants' counsel, Felix Lee, Esq. ("Mr. Lee") of Fenwick & West LLP, dated January 8, 2021.

4.     3.  Attached hereto as Exhibit C is true and correct copy of an email sent from Mr. Lee to Plaintiff's counsel, dated January 20, 2021.

5.     4.  Attached hereto as Exhibit D is true and correct copy of the Declaration of Can Sun, in Santa Clara Superior Court, *Temujin Labs Inc. v. Franklin Fu*, No. 21CV375422 (filed Jan. 4, 2021) , dated August 2, 2021.

6.     5.  Attached hereto as Exhibit E is a true and correct copy of an email chain between the parties' counsel, wherein Plaintiff's counsel sent an email to Defendants' counsel on December 24, 2020, and Defendants' counsel replied on December 29, 2020.

Dated: September 20, 2021                                      **ROCHE FREEDMAN LLP**

                                                               */s/ Constantine P. Economides*
                                                               Constantine P. Economides