# EXHIBIT C

From: Felix Lee <FLee@Fenwick.com>
Subject: RE: Abittan v. Chao, Case No. 5:20-cv-09340
Date: January 20, 2021 at 1:16:29 PM PST
To: Bahram Seyedin-Noor <bahram@altolit.com>, Bryan Ketroser <bryan@altolit.com>
Cc: Josh Korr <josh@altolit.com>, Jennifer Bretan <jbretan@fenwick.com>, Dean Kristy <DKristy@Fenwick.com>, Casey O'Neill <coneill@fenwick.com>, Joshua Parr <JParr@fenwick.com>

[Ex ternal Email]

Bahram,

Let us know what you ha ve in mind regarding case management between the Santa Clara and Federal act ions – we are open to whatever thoughts you may have, but let us know if t here was something specific you were contemplating.

With regard to y our January 8 letter, our clients are aware of and are abiding by their pres ervation obligations.  On the issue of representation, we represent all defendants (as we indicated to you before), and we are authorized to accept service on behalf of the Delaware Temujin Labs entity.  We were in fac t in the process of returning the service waiver when we learned that Temuji n Labs DE had been served through its DE agent.  We intend to move to d ismiss on behalf of Temujin Labs DE, and are happy to discuss a mutually agr eeable briefing schedule (perhaps that is the case management matter you wan ted to discuss).  Thanks.

**Felix Lee**
Fenwick | Partner | 650-335-7123 l flee@fenwick.com

**From:**< span style="font-size:11.0pt"> Bahram Seyedin-Noor <bahram@altolit.com> ;
**Sent:** Tuesday, January 19, 2021 12:59 PM
**To:** Bryan Ke troser <bryan@altolit.com>; Felix Lee

&lt;FLee@Fenwick.com&gt;
**C c:** Josh Korr &lt;josh@altolit.com&gt;; Jennifer Bretan &lt;jbretan@fenwi ck.com&gt;
**Subject:** Re: Abittan v. Chao, Case No. 5:20-cv-09340

## ** EXTERNAL EMAIL **

Felix and Jennifer –

Is it your plan to ignore the questions raised in Bryan's January 8 letter? Separately, we should discuss case management between the Santa Clara and federal actions. Please let us know when you're free to do that.

Thank you ,
Bahram

&n bsp;

**Bahram Seyedin-Noor**

**Direct** +1 415 868 5602

4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
www.altolit.com


 &lt; /o:p&gt;

The information contained in this email may be confidential and/or legal ly privileged. It has been sent for the sole use of the intended recipient(s ). If the reader of this message is not an intended recipient, you are hereb y notified that any unauthorized review, use, disclosure, dissemination, dis tribution, or copying of this communication, or any of its contents, is stri ctly prohibited. If you have received this communication in error, please im mediately

notify the sender and destroy all copies of the message.  Do not review, copy, forward, or rely on this email and its attachment in any w ay.  Furthermore, if you have not executed an engagement letter with Al to Litigation, PC, then Alto Litigation and its attorneys do not represent y ou as your attorneys.  All rights of the sender for violations of the c onfidentiality and privileges applicable to this email and any attachments a re expressly reserved.

**From:** Bryan Ketroser < bryan@altolit.com>
**Date:** Friday, January 8, 2021 at 5:06 PM
**To:** Felix Lee <FLee@Fenwick.com>
**Cc:** Bahram Seyedin- Noor <bahram@altolit.com>, Jos h Korr <josh@altolit.com>, Bess Ibtisam Hanish <Bess@altolit.com> ;, Jennifer Bretan <jbretan@fenwick.com>
**Subject:** Abittan v. Chao, Case No. 5:20-cv-09340< /o:p>

Felix,

Please see the attached correspondence.

Thank you,

**Bryan Ketroser**
& nbsp;

**Direct** +1 415 830 5897 | **Fax**  +1 415 306 8744
 < /o:p>
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
www.altolit.com


&nbs p;

The information contained in this email ma y be confidential and/or legally privileged. It has been sent for the s ole use of the intended recipient(s). If the reader of this messag e is not an intended recipient, you are hereby notified that any u nauthorized review, use, disclosure,

dissemination, distribution, or copying of this communication, or any of its contents, is stric tly prohibited. If you have received this communication in error, pleas e reply to the sender and destroy all copies of the message.

