# EXHIBIT E

From: Felix Lee <FLee@Fenwick.com>
Subject: RE: Abittan v. Chao, Case No. 5:20-cv-09340
Date: December 29, 2020 at 2:00:06 PM PST
To: Josh Korr <josh@altolit.com>, Jennifer Bretan <jbretan@fenwick.com>
Cc: Bahram Seyedin-Noor <bahram@altolit.com>, Bryan Ketroser <bryan@altolit.com>

[External Email]

Josh,

< p class="MsoNormal"> < /p>
Thanks for sending th is along.  We are checking on service and will get back to you.  T hanks.

**Felix Lee**
Fenwick l Partner l 650-335-7123 l flee@fenwick.c om

**From:** Josh Korr <josh@altolit.com>
**Sent:** Thursday, Decembe r 24, 2020 6:36 PM
**To:** Felix Lee <FLee@Fenwick.com>; Jennife r Bretan <jbretan@fenwick.com>
**Cc:** Bahram Seyedin-Noor <b ahram@altolit.com>; Bryan Ketroser <bryan@altolit.com>
**Subjec t:** Abittan v. Chao, Case No. 5:20-cv-09340

**\*\* EXTERNAL EMAIL \*\***
Felix and Jennifer,

Attached is the filed complaint.  Please advise if you will accept service on behalf of your clients.
   ;
Happy holidays,
Josh
--

**JOSHUA A. KORR**
< b>Direct: +1 415 870 4816 | **Fax:** +1 415 306 8744
4 Embarcadero Center, Suit e 1400
San Francisco, CA 94111

 -
-

[www.altolit.com](www.altolit.com)
_
The information contained in this email may be confidential and/or lega lly privileged. It has been sent for the sole use of the intended recipient( s). If the reader of this message is not an intended recipient, you are here by notified that any unauthorized review, use, disclosure, dissemination, di stribution, or copying of this communication, or any of its contents, is str ictly prohibited. If you have received this communication in error, please i mmediately notify the sender and destroy all copies of the message.  Do not review, copy, forward, or rely on this email and its attachment in any way.  Furthermore, if you have not executed an engagement letter with A lto Litigation, PC, then Alto Litigation and its attorneys do not represent you as your attorneys.  All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.
-
