**CULHANE MEADOWS PLLC**
13101 Preston Road, Ste. 110-1510
Dallas, Texas 75240
Millicent Meroney (State Bar No. 151304)
  Telephone: 512-585-0912
  mMeroney@cm.law
Caroline Morgan (*Pro Hac Vice pending*)
  Telephone: 917-635-4940
  cmorgan@cm.law
Jingjing Ye (*Pro Hac Vice pending*)
  Telephone: 469-410-5232
  jye@cm.law
Lawrence Kass (*Pro Hac Vice to be filed*)
  Telephone: (914) 564-5694
  lkass@cm.law
Attorneys for Defendants,
  LILY CHAO ET AL.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| PLAINTIFF, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS; [PROPOSED ORDER] |
| v. | |
| LILY CHAO ET AL, | Magistrate Judge: Nathanael M. Cousins |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

PLEASE TAKE NOTICE that Culhane Meadows, PLLC has been retained to substitute for Fenwick & West LLP as counsel to Defendants in connection with the above-captioned matter and files this Notice of Withdrawal and Substitution of Counsel (this "Notice of Substitution").

Withdrawing counsel are:

>Casey O'Neill
>Fenwick & West LLP
>555 California Street, 12th Floor
>San Francisco, CA 94104
>coneill@fenwick.com
>
>Dean S. Kristy
>Fenwick & West LLP
>555 California Street 12th Floor
>San Francisco, CA 94104
>dkristy@fenwick.com
>
>Jennifer Corinne Bretan
>Fenwick & West LLP
>555 California Street 12th Floor
>San Francisco, CA 94104
>jbretan@fenwick.com
>
>Felix Shih-Young Lee
>Fenwick & West LLP
>801 California Street
>Mountain View, CA 94041
>flee@fenwick.com

This Notice of Substitution is for notification to the Court and informational purposes and does not assert, waive, hinder, or otherwise effect any defense, position, or argument any defendant may have, including without limitation, with respect to whether Plaintiff has validly served a defendant. Plaintiff was advised of this counsel substitution prior to this filing. Note, Defendant Temujin Labs Inc is not a party to this action since it was dismissed with prejudice.

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel:

>Millicent S. Meroney
>Culhane Meadows PLLC
>13101 Preston Road
>Ste. 110-1510
>Dallas, TX 75240
>mMeroney@cm.law
>Telephone: (512) 585-0912

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED ORDER]  1  Case No. 5:20-cv-09340-NC

The undersigned parties consent to the above withdrawal and substitution.

DATED: September 29, 2021						FENWICK & WEST LLP
											Jennifer C. Bretan

										By:	/s/ Jennifer C. Bretan

DATED: September 29, 2021						CULHANE MEADOWS PLLC
											Millicent S. Meroney

										By:	/s/ Millicent S. Meroney

I hereby attend that I obtained consent in the filing of this document from each of the other signatories on this e-filed document.

DATED: September 29, 2021						CULHANE MEADOWS PLLC
											Millicent S. Meroney

										By:	/s/ Millicent S. Meroney

\* \* \*

[PROPOSED ORDER]

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: _____			_____
									The Honorable Nathanael Cousins
									United States Magistrate Judge

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL;              2              Case No. 5:20-cv-09340-NC
[PROPOSED ORDER]