Katherine Eskovitz (CA Bar No. 255105)
Brianna K. Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
Email: keskovitz@rochefreedman.com
         bpierce@rochefreedman.com

Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rochefreedman.com

Joseph M. Delich (*pro hac vice*)
ROCHE FREEDMAN LLP
(NY Bar No. 5487186)
99 Park Avenue, Suite 1910
New York, NY 10016
Tel: (646) 970-7541
Email: jdelich@rochefreedman.com

*Counsel for Plaintiff,*
*Ariel Abittan*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>PLAINTIFF,<br><br>v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>DEFENDANTS,<br><br>and<br><br>EIAN LABS INC.,<br><br>NOMINAL DEFENDANT. | Case No. 5:20-CV-09340-NC<br><br>**DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME AND PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**<br><br>Date:    November 10, 2021<br>Time:   1:00 p.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Nathanael Cousins |

1. I am an attorney licensed to practice law in the States of New York and Florida and admitted to practice before this Court *pro hac vice* to practice. I am counsel with the firm Roche Freedman LLP, and counsel for Plaintiff Ariel Abittan ("Plaintiff"). I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's Response to Defendants' Motion for Extension of Time and Plaintiff's Request for Status Conference.

2. Attached hereto as Exhibit A is a true and correct copy of an email exchange between Plaintiff's counsel (myself and Brianna K. Pierce, Esq.) and Defendants' counsel (Caroline Morgan, Esq. and Lawrence Kass, Esq.), dated September 30, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2021                                    **ROCHE FREEDMAN LLP**

                                                          */s/ Constantine P. Economides*
                                                          Constantine P. Economides

- 2 -

DECL. OF CONSTANTINE P. ECONOMIDES IN SUPP. OF PLAINTIFF'S RESP. TO DEFENDANTS' MOT. FOR EXTENSION OF TIME AND PLAINTIFF'S REQUEST FOR STATUS CONFERENCE | CASE NO. 5:20-CV-09340-NC