**CULHANE MEADOWS PLLC**
13101 Preston Road, Ste. 110-1510
Dallas, Texas 75240
Millicent Meroney (State Bar No. 151304)
    Telephone: 512-585-0912
    mMeroney@cm.law
Caroline Morgan (*Pro Hac Vice to be filed*)
    Telephone: 917-635-4940
    cmorgan@cm.law
Jingjing Ye (*Pro Hac Vice to be filed*)
    Telephone: 469-410-5232
    jye@cm.law
Lawrence Kass (*Pro Hac Vice to be filed*)
    Telephone: (914) 564-5694
    lkass@cm.law
Attorneys for Defendants,
    LILY CHAO ET AL.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| PLAINTIFF, | DECLARATION OF MILLICENT S. MERONEY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME |
| v. | |
| LILY CHAO ET AL, | Date: November 10, 2021 |
| DEFENDANTS, | Time: 1:00 p.m. |
| and | Place: Courtroom 5, 4th floor |
| EIAN LABS INC., | Magistrate Judge: Nathanael M. Cousins |
| NOMINAL DEFENDANT. | |

1  I, Millicent Meroney Lundburg, a member of the Bar of the California and counsel for Defendants in this civil action, declare as follows on information and belief:

1. **Exhibit 1** hereto is a true and correct copy of an email chain between *inter alia* Plaintiff's counsel Constantine Economides and Defendants' predecessor counsel Casey O'Neill, the most recent email being date stamped August 6, 2021 1:29 PM.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED:  October 1, 2021

CULHANE MEADOWS PLLC
Millicent S. Meroney

By: ___*/s/ Millicent S. Meroney*___

DECLARATION OF MILLICENT S. MERONEY IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME

1

Case No. 5:20-cv-09340-NC

# Exhibit 1

| | |
|---|---|
| **From:** | Casey O'Neill <coneill@fenwick.com> |
| **Sent:** | Friday, August 6, 2021 1:29 PM |
| **To:** | Constantine Economides |
| **Cc:** | Brianna Pierce; Jennifer Bretan; Felix Lee; Dean Kristy |
| **Subject:** | RE: Temujin-Abittan |

Constantine,

Sounds good. Depending on where our discussions come out after assessing the service issues, we can then submit a schedule for responding and briefing.

Circling back on the state case and CMC, I checked and the position on service has not changed. In light of that, could you please send me whatever revisions you have to the CMC statement? Will it incorporate all defendants' positions, or should I also check back in with Eddie Han separately?

Casey O'Neill
Fenwick | Of Counsel | +1 415-875-2027 | coneill@fenwick.com | Admitted to practice in California and New York.

---

**From:** Constantine Economides <ceconomides@rcfllp.com>
**Sent:** Friday, August 6, 2021 8:37 AM
**To:** Casey O'Neill <coneill@fenwick.com>
**Cc:** Brianna Pierce <bpierce@rcfllp.com>; Jennifer Bretan <jbretan@fenwick.com>; Felix Lee <FLee@Fenwick.com>; Dean Kristy <DKristy@Fenwick.com>
**Subject:** Re: Temujin-Abittan

**\*\* EXTERNAL EMAIL \*\***

Casey,

I've attached the email from the Cayman Central Authority. Unfortunately, they did not tell us the date of service, but we're following up and will let you know once we've heard.

We also sent copies for service on Ding and Chao at Temujin Cayman, and our understanding is that we're awaiting certificates of service confirming service on all three defendants.

Although we maintain that service is valid, I anticipate that you'll challenge the service as to Ding and Chao. Given the gap in time from the service date and your receipt of the documents, we'll agree to a reasonable extension. Once we get the proofs of service and you've assessed the service, how about we meet and confer over timing and your request to bifurcate? To be clear, I'm not saying we'll agree to bifurcate, but we can discuss.

Thanks,

**Constantine P. Economides**
Counsel
Roche Freedman LLP
Southeast Financial Center

200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 851-5997
(@) ceconomides@rcfllp.com

**From:** Casey O'Neill <coneill@fenwick.com>
**Date:** Thursday, August 5, 2021 at 9:52 PM
**To:** Constantine Economides <ceconomides@rcfllp.com>
**Cc:** Brianna Pierce <bpierce@rcfllp.com>, Jennifer Bretan <jbretan@fenwick.com>, Felix Lee <FLee@Fenwick.com>, Dean Kristy <DKristy@Fenwick.com>
**Subject:** Temujin-Abittan

Constantine,

Thanks for speaking with me earlier. I expect to get back to you early tomorrow morning regarding your proposal that the individuals accept service of a cross-complaint in the state action.

As a follow-up to our call, you indicated that you will be furnishing us with proof of service on the Cayman entity via the Hague Convention, although you do not yet have that proof. We suggest that, at least for now, Temujin Cayman's response to the complaint be due 30 days after you provide us with that proof. We can meet and confer if we perceive there to be any service issue and agree to bifurcate Rule 12 motions if there is. Does that work for you?

Casey O'Neill

Fenwick | Of Counsel | +1 415-875-2027 | coneill@fenwick.com | Admitted to practice in California and New York.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.