**CULHANE MEADOWS PLLC**
13101 Preston Road, Ste. 110-1510
Dallas, Texas 75240
Millicent Meroney (State Bar No. 151304)
  Telephone: 512-585-0912
  mlundburg@cm.law
Caroline Morgan (*Pro Hac Vice pending*)
  Telephone: 917-635-4940
  cmorgan@cm.law
Jingjing Ye (*Pro Hac Vice pending*)
  Telephone: 469-410-5232
  jye@cm.law
Lawrence Kass (*Pro Hac Vice to be filed*)
  Telephone: (914) 564-5694
  lkass@cm.law
Attorneys for Defendants,
  LILY CHAO ET AL.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| PLAINTIFF, | DECLARATION OF MILLICENT S. MERONEY IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO MOTION |
| v. | |
| LILY CHAO ET AL, | Magistrate Judge: Nathanael M. Cousins |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

I, Millicent Meroney Lundburg[1], a member of the Bar of the state of California and counsel for Defendants in this civil action, declare on information and belief:

1. I and my firm were retained last week to substitute for Defendants' prior counsel, Fenwick & West LLP in the instant civil action.

2. I and my firm are also being substituted for Defendants' prior counsel, Fenwick & West LLP, in two California state court cases involving some of the same parties. One of the cases involves plaintiff in this case, Ariel Abittan. Case No. 20-cv-372622 in the Superior Court of the State of California, County of Santa Clara.

3. There are several imminent deadlines in all cases, including for, meet & confers, pleadings and other court filings/submissions, and hearings over the coming days and weeks.

4. I and my firm are urgently working to meet as many deadlines as possible in all cases while seeking the minimum extensions necessary to ensure a proper and orderly transition.

5. Absent the requested extension, Defendants would likely be prejudiced by a lack of sufficient time to assess Plaintiff's motion and determine how and whether to submit an opposition.

6. My firm has sought and received Plaintiff's consent to a relatively short extension of four days to respond to the Motion. Defendants also consented to a relatively short extension for Plaintiff to submit a reply.

7. The statements following are based on a review of the docket and files. On March 5, 2021, Dkt. 22, the Court continued the Initial Case Management Conference set for March 17, 2021 to April 28, 2021.

8. On April 21, 2021, Dkt. 44, the Court entered a Modified Order re 43 Stipulation Setting Schedule and Extending Time to Respond. The Court continued the Case

---

[1] [1] My maiden name was Millicent Sims Meroney and it was my name in 1990 at the time of my admittance. Following marriage, my name changed to Millicent Meroney Lundburg. I will file the name change with the State Bar of California.

| DECLARATION OF MILLICENT S. MERONEY IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO MOTION | 1 | Case No. 5:20-cv-09340-NC |
|---|---|---|

Management Conference set for April 28, 2021 to July 7, 2021.

9. On June 28, 2021, Dkt. 67, the Clerk issued a Notice continuing the Case Management Conference set for July 7, 2021 to July 28, 2021.

10. On July 19, 2021, Dkt. 79, the Clerk issued a Notice continuing the Case Management Conference set for July 28, 2021 to October 6, 2021.

11. On September 29, 2021, Dkt. 90, the Court entered an Order, following the parties' stipulation and joint request, continuing the Case Management Conference from October 6, 2021 to November 17, 2021.

12. The parties have agreed to the extension of time and believe it will not impact any other dates on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED:  October 4, 2021

CULHANE MEADOWS PLLC
Millicent S. Meroney (Lundburg)

By: _/s/ Millicent S. Meroney (Lundburg)_