Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980

Attorneys for Defendants

LILY CHAO, et al.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LILY CHAO ET AL,<br><br>　　　　　Defendants,<br><br>　And<br><br>EIAN LABS INC.,<br><br>　　　　　Nominal Defendant. | **Case No. 5:20-cv-09340-NC**<br><br>NOTICE OF CHANGE OF COUNSEL<br><br>N.D. Cal. Local Rule 5-1(c)(2)(C) |

　　　PLEASE TAKE NOTICE that Hansen Law Firm, P.C. has been retained to substitute for Culhane Meadows, PLLC as counsel to Defendants in connection with the above-captioned matter and, pursuant to Local Rule 5-1(c)(2)(C), hereby submits this Notice of Change in Counsel.

1    Withdrawing counsel are:

2                Millicent S. Meroney (Lundburg)
                 Culhane Meadows PLLC
3                13101 Preston Road
                 Ste. 110-1510
4                Dallas, TX 75240
                 mMeroney@cm.law
5                Telephone: (512) 585-0912

6    New counsel for defendants are:

7                Craig A. Hansen
                   Email: craig@hansenlawfirm.net
8                Stephen C. Holmes
                   Email: steve@hansenlawfirm.net
9                Philip E. Yeager
                   Email: phil@hansenlawfirm.net
10               Collin D. Greene
                   Email: collin@hansenlawfirm.net
11               HANSEN LAW FIRM, P.C.
                 75 E. Santa Clara Street, Suite 1250
12               San Jose, CA 95113-1837
                 Telephone: (408) 715 7980

13

14

15   All future pleadings, orders, and notices should be sent to substituted counsel.

16   This Notice of Substitution is for notification to the Court and informational purposes and

17   does not assert, waive, hinder, or otherwise effect any defense, position, or argument any defendant

18   may have, including without limitation, with respect to whether Plaintiff has validly served a

19   defendant.

20

21                                           Culhane Meadows PLLC

22

23   Date: October 15, 2021            By:   /s/ Millicent S. Meroney (Lundburg)
                                             Millicent S. Meroney (Lundburg)

24

25                                           Hansen Law Firm, P.C.

26

27   Date: October 15, 2021            By:   /s/ Craig A. Hansen
                                             Craig Alan Hansen
28