Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980

Attorneys for Defendants
LILY CHAO, et al.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | CASE NO.: 5:20-cv-09340-NC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| LILY CHAO ET AL, | [N.D. Cal. Local Rule 5-1(c)(2)(A)] |
| Defendants, | |
| and | |
| EIAN LABS INC., | |
| Nominal Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Collin D. Greene of the Hansen Law Firm, P.C. hereby submits this Notice of Appearance as counsel for the Defendants.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Collin D. Greene - collin@hansenlawfirm.net and gina@hansenlawfirm.net

Hansen Law Firm, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113
Telephone: (408) 715-7980

Dated: October 20, 2021                    HANSEN LAW FIRM, P.C.

                                           By:  /s/ Collin D. Greene
                                                   Collin D. Greene

Attorneys for Defendants