Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980

Attorneys for Defendants
LILY CHAO, et al.,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LILY CHAO ET AL,<br><br>　　　　Defendants,<br><br>　and<br><br>EIAN LABS INC.,<br><br>　　　　Nominal Defendant. | CASE NO.: 5:20-cv-09340-NC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>[N.D. Cal. Local Rule 5-1(c)(2)(A)] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Philip E. Yeager of the Hansen Law Firm, P.C. hereby submits this Notice of Appearance as counsel for the Defendants.

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

Philip E. Yeager - phil@hansenlawfirm.net and gina@hansenlawfirm.net

Hansen Law Firm, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113
Telephone: (408) 715-7980

Dated: October 20, 2021                     HANSEN LAW FIRM, P.C.

                                                        By:   /s/  Philip E. Yeager
                                                             Philip E. Yeager

Attorneys for Defendants