*GRANTED*
Judge Nathanael M. Cousins

Craig A. Hansen (SBN 209622)
 Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
 Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
 Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
 Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980

Attorneys for Defendants

LILY CHAO, et al.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>            Plaintiff,<br><br>    v.<br><br>LILY CHAO ET AL,<br><br>            Defendants,<br><br>    And<br><br>EIAN LABS INC.,<br><br>            Nominal Defendant. | **Case No. 5:20-cv-09340-NC**<br><br>NOTICE OF CHANGE OF COUNSEL<br><br>N.D. Cal. Local Rule 5-1(c)(2)(C) |

   PLEASE TAKE NOTICE that Hansen Law Firm, P.C. has been retained to substitute for Culhane Meadows, PLLC as counsel to Defendants in connection with the above-captioned matter and, pursuant to Local Rule 5-1(c)(2)(C), hereby submits this Notice of Change in Counsel.

Withdrawing counsel are:

>Millicent S. Meroney (Lundburg)
>Culhane Meadows PLLC
>13101 Preston Road
>Ste. 110-1510
>Dallas, TX 75240
>mMeroney@cm.law
>Telephone: (512) 585-0912

New counsel for defendants are:

>Craig A. Hansen
>  Email: craig@hansenlawfirm.net
>Stephen C. Holmes
>  Email: steve@hansenlawfirm.net
>Philip E. Yeager
>  Email: phil@hansenlawfirm.net
>Collin D. Greene
>  Email: collin@hansenlawfirm.net
>HANSEN LAW FIRM, P.C.
>75 E. Santa Clara Street, Suite 1250
>San Jose, CA 95113-1837
>Telephone: (408) 715 7980

All future pleadings, orders, and notices should be sent to substituted counsel.

This Notice of Substitution is for notification to the Court and informational purposes and does not assert, waive, hinder, or otherwise effect any defense, position, or argument any defendant may have, including without limitation, with respect to whether Plaintiff has validly served a defendant.

Culhane Meadows PLLC

Date:  October 15, 2021          By:   /s/  Millicent S. Meroney (Lundburg)
                                       Millicent S. Meroney (Lundburg)

Hansen Law Firm, P.C.

Date:  October 15, 2021          By:   /s/  Craig A. Hansen
                                       Craig Alan Hansen