**CULHANE MEADOWS PLLC**
13101 Preston Road, Ste. 110-1510
Dallas, Texas 75240
Lawrence Kass (*Pro Hac Vice not filed*)
Telephone: (914) 564-5694
lkass@cm.law
Prior Attorney for Defendants,
LILY CHAO ET AL.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No.: 5:20-cv-09340-NC |
| PLAINTIFF, | NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS; ORDER |
| v. | |
| LILY CHAO ET AL, | Magistrate Judge: Nathanael M. Cousins |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

PLEASE TAKE NOTICE that because Hansen Law Firm, P.C. has been substituted for Culhane Meadows, PLLC in connection with the above-captioned matter, see Dkt. 98, the undersigned files this Notice of Withdrawal and requests that ECF filings no longer be sent to him at lkass@cm.law. The undersigned notes that a *pro hac vice* appearance had not been filed, so a formal withdrawal may not be necessary as a legal matter, but the ECF filing system appears to nevertheless require an order for him to be removed from the ECF notice list.

Respectfully submitted,

DATED:  October 27, 2021

CULHANE MEADOWS PLLC
Lawrence T. Kass

By:   /s/ Lawrence T. Kass

\* \* \*

ORDER

The above withdrawal is approved and so ORDERED. The email address lkass@cm.law shall no longer be included in ECF notices for this case.

Dated:   October 27, 2021

The Honorable Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins