AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ARIEL ABITTAN, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:20-cv-09340-NC |
| LILY CHAO, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ariel Abittan .

Date: 11/03/2021

/s/ Brianna K. Pierce
*Attorney's signature*

Brianna K. Pierce (336906)
*Printed name and bar number*

Roche Freedman LLP
1 SE 3rd Ave., Suite 1250
Miami, FL 33131

*Address*

bpierce@rochefreedman.com
*E-mail address*

(786) 706-7801
*Telephone number*

(646) 392-8842
*FAX number*