Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Defendant
Temujin Labs Inc., a Cayman corporation
By Special Appearance

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN<br><br>PLAINTIFF,<br><br>v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>DEFENDANTS,<br><br>and<br><br>EIAN LABS INC.,<br><br>NOMINAL DEFENDANT. | Case No.: 5:20-CV-09340-NC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TEMUJIN LABS INC., A CAYMAN CORPORATON'S MOTION TO DISMISS**<br><br>Date:    December 15, 2021<br>Time:   1:00 PM<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Nathanael Cousins |

Defendant Temujin Labs Inc. (Cayman) ("Temujin Cayman") hereby requests that the Court take judicial notice of the documents, attached as **Exhibits A through B** to the Declaration of Jennifer C. Bretan in Support of Defendant Temujin Labs Inc. (Delaware)'s Motion to Dismiss Complaint, filed on April 9, 2021 as ECF Document 37 ("Bretan Declaration"), pursuant to Rule 201 of the Federal Rules of Evidence. The documents to be considered are as follows:

1. The certificate of incorporation of Temujin Labs, Inc. ("Temujin Delaware"), as filed with the Delaware Secretary of State and registered agent entity details published online by the Delaware Division of Corporations (last accessed November 8, 2021, available at https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx, search entity name "Temujin Labs Inc"), true and correct copies of which are attached as **Exhibit A** to the Bretan Declaration.

2. The Cayman Islands General Registry Report for Temujin Labs Inc. (Cayman) ("Temujin Cayman"), a true and correct copy of which is attached as **Exhibit B** to the Bretan Declaration.

## I.  EXHIBITS A AND B ARE PROPERLY SUBJECT TO JUDICIAL NOTICE PURSUANT TO FRE 201

Courts may take judicial notice of information made publicly available by government entities. *See United States Small Bus. Admin. v. Bensal*, 853 F.3d 992, 1003 n.3 (9th Cir. 2017) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities."); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) ("It is appropriate to take judicial notice of this information, as it was made publicly available by government entities (the school districts), and neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein."). Exhibits A and B are records available from government entities, including the Delaware Secretary of State and the Cayman Islands General Registry, respectively. Consequently, the records are properly subject to judicial notice, as they are reliable sources whose accuracy cannot reasonably be questioned.

For the reasons set forth above, Moving Defendants respectfully request that the Court consider **Exhibits A through B** to the Bretan Declaration.

DATED: November 8, 2021

Respectfully submitted,

HANSEN LAW FIRM, P.C.

By: /s/ Craig A. Hansen
Craig A. Hansen
Stephen C. Holmes
Philip E. Yeager
Collin D. Greene
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Defendant
Temujin Labs Inc., a Cayman corporation
By Special Appearance