Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Counsel for Defendants,
Temujin Cayman and
the individual defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN<br><br>PLAINTIFF,<br><br>v.<br><br>LILY CHAO ET AL.,<br><br>DEFENDANTS,<br><br>and<br><br>EIAN LABS INC.,<br><br>NOMINAL DEFENDANT. | Case No.: 5:20-CV-09340-NC<br><br>**DECLARATION OF CRAIG A. HANSEN IN SUPPORT OF STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:    Hon. Nathanael M. Cousins |

I, Craig A. Hansen, hereby declare:

1. I am an attorney admitted to practice before this Court and an attorney at the law firm of Hansen Law Firm, P.C., which represents Temujin Labs Inc. (Cayman) ("Temujin Cayman") and the individual defendants. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

2. My firm, the Hansen Law Firm, P.C., counsel for Defendants was recently retained to substitute for Defendants' prior counsel, Culhane Meadows PLLC for the instant civil action, and submitted the Notice of Change of Counsel on October 15, 2021 (Dkt. 98). Counsel for the Defendants is in the process of getting up to speed as quickly as possible on this matter.

3. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") (Dkt. 3), the parties must meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan no later than 21 days before the Case Management Conference. The parties must file a Case Management Statement pursuant to the Standing Order for All Judges of the Northern District of California regarding the Contents of Joint Case Management Statement no later than 7 days before the Case Management Conference.

4. Defendants' undersigned counsel understands that the Rule 26(f) conference has not yet occurred and is already out of time. Defendants need to prepare positions and the parties' counsel need to meet in order to satisfy Rule 26(f) sufficiently before deadlines relating to the Case Management Statement and the Case Management Conference.

5. In light of the foregoing, Defendants request a short continuance to conduct a meet and confer among current counsel for the undersigned regarding initial disclosures and a discovery plan.

6. The undersigned counsel for Defendants has sought and received Plaintiff's consent to a relatively short continuance of the Case Management Conference, namely, from the current date of November 17, 2021 to December 8, 2021. Under this proposal—which mirrors the Scheduling Order—the parties must meet and confer regarding initial disclosures and a discovery plan by November 17, 2021. The last day to file a Rule 26(f) Report, complete initial disclosures or state

objections in a Rule 26(f) Report, and the last day to file a Case Management Statement shall be December 1, 2021.

7. On March 5, 2021, Dkt. 22, the Court continued the Initial Case Management Conference set for March 17, 2021 to April 28, 2021.

8. On April 21, 2021, Dkt. 44, the Court entered a Modified Order re 43 Stipulation Setting Schedule and Extending Time to Respond. The Court continued the Case Management Conference set for April 28, 2021 to July 7, 2021.

9. On June 28, 2021, Dkt. 67, the Clerk issued a Notice continuing the Case Management Conference set for July 7, 2021 to July 28, 2021.

10. On July 19, 2021, Dkt. 79, the Clerk issued a Notice continuing the Case Management Conference set for July 28, 2021 to October 6, 2021.

11. On September 29, 2021, Dkt 90, the Court granted the parties' Stipulation and Joint Request to Continue the Case Management Conference set for October 6, 2021 to November 17, 2021.

12. The undersigned counsel for Defendants understands that no discovery has been served in this action, and therefore no discovery deadlines would be affected.

13. As there has not yet been a Case Management Conference, the undersigned counsel understands no other deadlines in this civil action have been established.

14. I submit this declaration in support of the accompanying Stipulation and Joint Request to Continue Case Management Conference and Related Deadlines without prejudice to Temujin Cayman's and the individual defendants' rights as to, and intending to waive no arguments with respect to, service and jurisdiction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November, 2021, at San Jose, California.

By:    /s/ Craig A. Hansen      
          Craig A. Hansen