Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rochefreedman.com
           bpierce@rochefreedman.com

Joseph M. Delich (pro hac vice)
ROCHE FREEDMAN LLP
(NY Bar No. 5487186)
99 Park Avenue, Suite 1910
New York, NY 10016
Tel: (646) 970-7541
Email: jdelich@rochefreedman.com

*Counsel for Plaintiff,*
*Ariel Abittan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, <br><br> PLAINTIFF, <br><br> v. <br><br> LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), <br><br> DEFENDANTS, <br><br> and <br><br> EIAN LABS INC., <br><br> NOMINAL DEFENDANT. | Case No. 5:20-CV-09340-NC <br><br> **DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** <br><br> Judge:  Nathanael Cousins <br> Date:   December 15, 2021 <br> Time:   1:00 PM <br> Place:  Courtroom 5, 4th Floor |

DECLARATION OF CONSTANTINE P. ECONOMIDES | CASE NO. 5:20-CV-09340-NC

1. I am an attorney licensed to practice law in New York and Florida and am admitted to practice before this Court *pro hac vice*. I am counsel with the firm Roche Freedman LLP, and counsel for Plaintiff Ariel Abittan ("Plaintiff"). I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Opposition to Defendant's [Temujin Labs Inc. (Delaware)] Motion to Dismiss. [ECF No. 49].

3. Attached hereto as Exhibit B is a true and correct copy of an email exchange between the parties' counsel dated November 5, 2021 and November 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of November, 2021 at Miami, Florida.

Dated: November 22, 2021

**ROCHE FREEDMAN LLP**

*/s/ Constantine P. Economides*
Constantine P. Economides (*pro hac vice*)

*Attorney for Plaintiff Ariel Abittan*