# Exhibit B

**Subject:** RE: Abittan v. Temujin et al. (N.D. Cal.)

**Date:** Monday, November 8, 2021 at 10:51:58 AM Pacific Standard Time

**From:** Craig Hansen

**To:** Constantine Economides, Phil Yeager, Collin Greene, Gina Q. Huerta, Stephen C. Holmes

**CC:** Brianna Pierce

**Attachments:** image001.png

Constantine:

Thank you for your email of last Friday.

Temujin Cayman will be responding to the Complaint today.  Therefore, clerk's entry of default under Rule 55(a) would not be appropriate at this time.

We will provide more information about Temujin Cayman's response by COB today, as requested in your email.

Best,

Craig Alan Hansen

HANSEN
LAW FIRM, PC

75 E. Santa Clara St., Suite 1250
San Jose, CA 95113
(408) 715-7980 (Main)
(408) 715-7981 (Direct)
(408) 715-7001 (Fax)
www.hansenlawfirm.net

This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege.  If you received this message in error, please note that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.  Thank you.

**From:** Constantine Economides <ceconomides@rochefreedman.com>
**Sent:** Friday, November 5, 2021 4:09 PM
**To:** Craig Hansen <craig@hansenlawfirm.net>; Phil Yeager <phil@hansenlawfirm.net>; Collin Greene <collin@hansenlawfirm.net>; Gina Q. Huerta <gina@hansenlawfirm.net>; Stephen C. Holmes <steve@hansenlawfirm.net>
**Cc:** Brianna Pierce <bpierce@rochefreedman.com>
**Subject:** Abittan v. Temujin et al. (N.D. Cal.)

Craig,

We served process on Temujin Cayman, via the Central Authority in the Cayman Islands pursuant to the Hague Service Convention, and we filed proof of that service on September 13, 2021. [ECF No. 81]. On October 6, 2021, Temujin Cayman's previous counsel sought and obtained an extension until October 29, 2021, to respond to the Complaint. [ECF Nos. 91, 92, 93, 95].

We haven't received any communications, requests, or filings on behalf of Temujin Cayman seeking an additional extension. The next requisite step is for Plaintiff to obtain a clerk's entry of default under Rule 55(a). We intend to do so on Monday, November 8, 2021.

If Temujin Cayman would like to provide us with any relevant information, including the reason for failing to respond to the Complaint or any intention to respond to the Complaint, please let us know by COB on November 8.

We reserve all, and do not waive any, rights and arguments arising from Temujin Cayman's failure to respond to the validly served Complaint.

Kind regards,

**Constantine P. Economides**
Counsel

Roche Freedman LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
(t) (305) 851-5997
(@) ceconomides@rochefreedman.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.