1  Constantine P. Economides (*pro hac vice*)
   (Florida Bar No. 118177)
2  Brianna K. Pierce
   (CA Bar No. 336906)
3  ROCHE FREEDMAN LLP
   1 SE 3rd Avenue, Suite 1240
4  Miami, FL 33131
   Tel: (305) 971-5943
5  Email: ceconomides@rochefreedman.com
           bpierce@rochefreedman.com
6
   Joseph M. Delich (pro hac vice)
7  ROCHE FREEDMAN LLP
   (NY Bar No. 5487186)
8  99 Park Avenue, Suite 1910
   New York, NY 10016
9  Tel: (646) 970-7541
   Email: jdelich@rochefreedman.com
10
   *Counsel for Plaintiff,*
11 *Ariel Abittan*

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14 **SAN JOSE DIVISION**

15 | ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
|---|---|
16 | | |
| PLAINTIFF, | **PROOF OF SERVICE** |
17 | | |
| v. | Complaint Filed: December 24, 2020 |
18 | | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | Judge:   Hon. Nathanael Cousins |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

PROOF OF SERVICE                                CASE NO. 20CV372622

I, Brianna K. Pierce, declare under penalty of perjury under the laws of the State of California, that the following is true and correct:

I am an attorney of the firm Roche Freedman LLP, counsel of record for Defendant, located in the City of San Diego, County of San Diego, State of California. I am over the age of eighteen (18) years, and not a party to the within-entitled action. My business address is 1 SE 3rd Avenue, Suite 1240, Miami, FL 33131.

I caused to be served the following documents:

1. SUMMONS IN A CIVIL ACTION
2. COMPLAINT
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
4. CIVIL STANDING ORDER
5. SETTLEMENT CONFERENCE STANDING ORDER
6. CIVIL CASE STANDING ORDER RE: SELF-REPRESENTED LITIGANTS
7. STANDING ORDER FOR ALL JUDGES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
8. JOINT CASE MANAGEMENT AND PROPOSED ORDER - FORM
9. CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE
10. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
11. CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION
12. ECF REGISTRATION INFORMATION
13. ORDER GRANTING EXTENSION OF TIME AND ALTERNATIVE SERVICE ON CHAO AND DING

I caused the above documents to be served as follows:

☑ Roche Freedman LLP text messaged said documents on November 24, 2021, to Defendant Lily Chao (a/k/a Tiffany Chen, a/k/a Yuting Chen) at (650) 850-9036 and (650) 334-8837, pursuant to the Court's Order granting alternative service (ECF No. 113).

☑ Roche Freedman LLP emailed said documents on November 24, 2021, to Defendant Lily Chao (a/k/a Tiffany Chen, a/k/a Yuting Chen) at lily@eian.io, pursuant to the Court's November 24, 2021 order granting alternative service (ECF No. 113).

Executed on December 9, 2021, at Santa Monica, California

*/s/ Brianna K. Pierce*
Brianna K. Pierce