1  Constantine P. Economides (*pro hac vice*)
   (Florida Bar No. 118177)
2  Brianna K. Pierce (CA Bar No. 336906)
   ROCHE FREEDMAN LLP
3  1 SE 3rd Avenue, Suite 1240
   Miami, FL 33131
4  Tel: (305) 971-5943
   Email: ceconomides@rochefreedman.com
5         bpierce@rochefreedman.com

6  *Counsel for Plaintiff,*
   *Ariel Abittan*
7

8                     **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9                          **SAN JOSE DIVISION**

10 | ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |

11 |                 PLAINTIFF, |

12 |       v. | **[PROPOSED] ORDER GRANTING MOTION TO STAY** |

13 | LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), |

16 |                 DEFENDANTS, |
17 |       and |

18 | EIAN LABS INC., |

19 |                 NOMINAL DEFENDANT. |

ORDER ON PLAINTIFF'S MOTION TO STAY                      CASE NO. 5:20-CV-09340-NC

The motion of Plaintiff Ariel Abittan for an order staying this action in its entirety came on for hearing before the Court on February 16, 2022. The parties were represented by their respective counsel of record.

After considering the papers submitted by the parties and the arguments of counsel, the Court **HEREBY ORDERS** that:

This action is stayed in its entirety, pending the outcome of related state court action, *Temujin Labs Inc. v. Ariel Abittan et al.*, No. 20-cv-372622, Santa Clara Superior Court.

**IT IS SO ORDERED.**

Dated:

The Honorable Nathanael Cousins
United States Magistrate Judge