Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email:  ceconomides@rochefreedman.com
           bpierce@rochefreedman.com

*Counsel for Plaintiff,*
*Ariel Abittan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| PLAINTIFF, | **DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF MOTION TO STAY** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), | |
| DEFENDANTS, | |
| and | |
| EIAN LABS INC., | |
| NOMINAL DEFENDANT. | |

I, Constantine P. Economides, declare as follows:

1. I am an attorney licensed to practice law in the States of New York and Florida and admitted to practice before this Court *pro hac vice*. I am counsel with the firm Roche Freedman LLP, and counsel for Plaintiff Ariel Abittan ("Plaintiff"). I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of the parties' Joint Motion to Stay.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's cross-complaint filed on November 3, 2021 in *Temujin Labs Inc. v. Ariel Abittan et al.*, No. 20-cv-372622, Santa Clara Superior Court (the "state action").

3. Attached hereto as Exhibit B is a true and correct copy of an email from Defendants' counsel related to a demurrer filed by Temujin Labs Inc. (Delaware) in the state action, dated November 24, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of "Order Deeming Case Complex and Staying Discovery and Responsive Pleading Deadline," entered in the state action on November 10, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January, 2022 at Miami, Florida.

Dated: January 12, 2022　　　　　　　　　　　　**ROCHE FREEDMAN LLP**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Constantine P. Economides*
　　　　　　　　　　　　　　　　　　　　　　　　Constantine P. Economides  (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Ariel Abittan*