# EXHIBIT B

| | |
|---|---|
| **Subject:** | Temujin Delaware v. Abittan et al. Case No. 20CV372622 |
| **Date:** | Wednesday, November 24, 2021 at 4:28:15 PM Pacific Standard Time |
| **From:** | Stephen C. Holmes |
| **To:** | Brianna Pierce, Constantine Economides |
| **CC:** | Craig Hansen, Gina Q. Huerta, Collin Greene, Phil Yeager |

**Attachments:** image001.jpg

Constantine and Brianna:

Temujin Delaware believes that Abittan's recently-filed cross-complaint is defective for many of the reasons previously identified with respect to Abittan's federal complaint.

Accordingly, Temujin Delaware plans to file a demurrer to Abittan's cross-complaint.

Under CCP 430.41, we would like to meet and confer with you by telephone to determine whether an agreement can be reached that would resolve the objections to be raised in the demurrer.

Please let us know what times you are available on Tuesday, November 30, and/or Wednesday, December 1 to meet and confer with us about this.

Many thanks and have a good Thanksgiving.

Regards,

STEPHEN C. HOLMES

**HANSEN** LAW FIRM, P.C.

75 E. Santa Clara St., Suite 1250
San Jose, CA 95113
(408) 715-7980 (Main)
(408) 627-8256 (Direct)
(650) 796-1498 (Cell)
(408) 715-7001 (Fax)
www.hansenlawfirm.net

THIS MESSAGE AND ALL ATTACHMENTS ARE A PRIVATE COMMUNICATION SENT BY A LAW FIRM AND MAY BE CONFIDENTIAL OR PROTECTED BY PRIVILEGE. IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE INFORMATION CONTAINED IN OR ATTACHED TO THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY THE SENDER OF THE DELIVERY ERROR BY REPLYING TO THIS MESSAGE, AND THEN DELETE IT FROM YOUR SYSTEM. THANK YOU.