UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ABITTAN,<br>      Plaintiff,<br>v.<br>LILY CHAO, and others,<br>      Defendants. | Case No. 20-cv-09340 NC<br><br>**ORDER DIRECTING INDIVIDUAL DEFENDANTS TO FILE CONSENT/DECLINE FORM BY FEBRUARY 14, 2022; CONTINUING CMC** |

The Joint Case Management Statement filed on February 2, 2022, states that "The Individual Defendants anticipate filing a consent or declination to proceed before a Magistrate Judge for all purposes shortly." ECF 125 p. 15. Yet no consent/decline form has been filed for the individual defendants. These defendants are ordered to file their consent/declination election form by February 14, 2022. The CMC scheduled for Feb. 9 is CONTINUED to March 2, 2022, at 10:00 a.m. by telephone.

**IT IS SO ORDERED.**

Dated: February 7, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge