Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email:  ceconomides@rochefreedman.com
        bpierce@rochefreedman.com

*Counsel for Plaintiff,*
*Ariel Abittan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, <br><br> PLAINTIFF, <br><br> v. <br><br> LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION), <br><br> DEFENDANTS, <br> and <br><br> EIAN LABS INC., <br><br> NOMINAL DEFENDANT. | Case No. 5:20-CV-09340-NC <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

1  The motion of Plaintiff Ariel Abittan for an order granting leave to file an amended
2  complaint came on for hearing before the Court on March 23, 2022. The parties were represented
3  by their respective counsel of record.
4  After considering the papers submitted by the parties and the arguments of counsel, the
5  Court **HEREBY ORDERS** that:
6  Plaintiff's motion for leave to file an amended complaint is GRANTED.
7  **IT IS SO ORDERED.**
8  Dated:

The Honorable Nathanael Cousins
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION TO STAY                    CASE NO. 5:20-CV-09340-NC