Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN<br><br>PLAINTIFF,<br><br>v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), DAMIEN DING (A/K/A DAMIEN LEUNG, A/K/A TAO DING), TEMUJIN LABS INC. (A DELAWARE CORPORATION), AND TEMUJIN LABS INC. (A CAYMAN CORPORATION),<br><br>DEFENDANTS,<br><br>and<br><br>EIAN LABS INC.,<br><br>NOMINAL DEFENDANT. | Case No.:  5:20-CV-09340-NC<br><br>**NOTICE OF CHANGE OF SUITE NUMBER**<br><br>Judge:     Hon. Nathanael M. Cousins |

PLEASE TAKE NOTICE that effective **April 11, 2022,** our office Suite number will change **from Suite 1250** to **Suite 1150** for service of notices and documents in the above-captioned action. It is: HANSEN LAW FIRM, P.C., 75 E. Santa Clara Street, Suite 1150, San Jose, CA 95113.

Our telephone and facsimile numbers remain the same. Please update your service list accordingly.

1  DATED: April 12, 2022                    HANSEN LAW FIRM, P.C.

2

3                                            By: _____

4                                                Craig A. Hansen
                                                 Stephen C. Homes
5                                                Philip E. Yeager
                                                 Collin D. Greene
6                                                Attorneys for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28