1  Craig A. Hansen (SBN 209622)
     Email: craig@hansenlawfirm.net
2  Stephen C. Holmes (SBN 200727)
     Email: steve@hansenlawfirm.net
3  Philip E. Yeager (SBN 265939)
     Email: phil@hansenlawfirm.net
4  Collin D. Greene (SBN 326548)
     Email: collin@hansenlawfirm.net
5  HANSEN LAW FIRM, P.C.
   75 E. Santa Clara Street, Suite 1250
6  San Jose, CA 95113-1837
   Telephone: (408) 715 7980
7  Facsimile: (408) 715 7001

8  Jingjing Ye (Admitted Pro Hac Vice)
     Email: yelaw@pm.me
9  YE & ASSOCIATES, PLLC
   3400 N. Central Expy, #500
10 Plano, TX 75080
   Telephone (469) 410-5232

11
   Attorneys for Defendants Temujin Labs, Inc.,
12 Lily Chao, and Damien Ding

13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN<br><br>PLAINTIFF,<br><br>v.<br><br>LILY CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHEN), DAMIEN DING (a/k/a DAMON LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING), YUTING CHEN,TEMUJIN LABS INC. (a Cayman Islands corporation), and Does 1-100, inclusive,<br><br>DEFENDANTS. | Case No.:  5:20-CV-09340-NC<br><br>**[PROPOSED] ORDER GRANTING TEMUJIN LABS INC., A CAYMAN ISLANDS CORPORATON'S, LILY CHAO'S, AND DAMIEN DING'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:     September 28, 2022<br>Time:    1:00 p.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Nathanael Cousins |

– 1 –

1    The motion of Temujin Labs, Inc., a Cayman Islands Corporation ("Temujin Cayman"), Lily Chao, and Damien Ding (collectively "Defendants") to strike portions of Plaintiff's Amended Complaint came for hearing before the Court on September 28, 2022. The parties were represented by their respective counsel of record.

After considering the papers submitted by the parties and the arguments of counsel, the Court orders that the addition of Yuting Chen as a defendant party is stricken from the Amended Complaint.

The Court also orders that the following causes of action are stricken from the Amended Complaint:

- Count 1 – Declaratory Judgment against Temujin Cayman, Chao, Ding, and Chen;
- Count 2 – Breach of Partnership against Chao and Ding;
- Count 3 – Breach of Partnership against Temujin Cayman, Chao and Ding;
- Count 4 – Breach of Fiduciary Duty against Ding;
- Count 6 – Aiding and Abetting Breach of Fiduciary Duty against Chen;
- Count 7 – Breach of Fiduciary Duty against Ding and Temujin Cayman;
- Count 10 – Conversion against Chen;
- Count 13 – Breach of Contract against Temujin Cayman;
- Count 19 – Unjust Enrichment against Chen; and
- Count 22 – Accounting against Chen.

The court further orders that Plaintiff shall file a corrected Amended Complaint within 7 days of this Order.

/
/
/
/
/
/

      Finally, the Court reiterates its order of May 20, 2022 that no additional parties or causes of action shall be added without advance leave of Court.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Judge Nathanael Cousins
United States Magistrate Judge