UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARIEL ABITTAN,

    Plaintiff,

v.

LILY CHAO, and others,

    Defendants.

Case No. 20-cv-09340 NC

**ORDER STRIKING PLAINTIFF'S NOTICE, DKT. NO. 144**

The Court strikes Plaintiff's "Notice Regarding Amended Complaint" filed earlier today at Dkt. No. 144.

First, the Notice violates Federal Rule of Civil Procedure 7(b)(1). "A request for a court order must be made by motion." Here, Plaintiff rquests a court order but has attempted to use an incorrect procedure.

Second, the premise of Plaintiff's Notice is wrong. Plaintiff states that "Defendants have not filed a response" to the Amended Complaint. Notice, Dkt. No. 144 at 1:20. Yet the response, a Motion to Strike, was filed on June 17. Dkt. No. 143. Plaintiff's response to that motion is due July 1.

**IT IS SO ORDERED.**

Dated: June 29, 2022

                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge