Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce
(CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rochefreedman.com
        bpierce@rochefreedman.com

*Attorneys for Plaintiff,*
*Ariel Abittan*

Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LILY CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHEN), DAMIEN DING (a/k/a DAMON LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING), and TEMUJIN LABS INC. (a Cayman Islands corporation)<br><br>　　　　Defendants. | Case No. 5:20-CV-09340-NC<br><br>**JOINT STATUS UPDATE**<br><br>Complaint Filed: December 24, 2020<br><br>Judge:　Hon. Nathanael Cousins |

Pursuant to this Court's May 2, 2022 paperless Order (ECF No. 139), Plaintiff Ariel Abittan ("Plaintiff") and Defendants[1] jointly submit this Joint Status Update.

**A.　Plaintiff's Position**[2]

On May 2, 2022, this Court stayed Defendants Lily Chao's and Damien Ding's depositions "based on the pending motions and the global mediation being planned in State Court." [ECF No.

---

[1] Plaintiff named the Defendants as follows in the caption: Defendants Lily Chao (a/k/a Tiffany Chen, a/k/a Yuting Chen) ("Chao"), Damien Ding (a/k/a Damien Leung, a/k/a Tao Ding) ("Ding"), and Temujin Labs Inc., a Cayman Islands corporation ("Temujin Cayman").

[2] Plaintiff intends to provide an additional update in the Joint Case Management Statement due on August 31, 2022, prior to the Case Management Conference set for September 7, 2022.

139]. On May 20, 2022, the Court granted Defendants' motion to dismiss without prejudice. [ECF No. 141]. On July 5, 2022, Plaintiff filed an Amended Complaint. [ECF No. 149]. On July 26, 2022, Defendants answered Plaintiff's Amended Complaint. [ECF No. 152]. Accordingly, there are no pending motions in this action.

Moreover, in the three months since this Court's order staying Defendants' depositions, the parties have made incremental progress towards mediation. Defendants have agreed to produce Defendants Chao and Ding for depositions on identity issues, but those depositions have not been scheduled. Plaintiff, as well as parties Lu and Fu have filed motions to compel Defendants to confirm their true identities, and those motions will be fully briefed by August 10, 2022. A mediator has not been selected, and no additional documents have been exchanged.

In short, the timing of the State Action mediation remains uncertain. Nonetheless, Plaintiff is seeking to prosecute this action with efficient coordination with the State Action mediation, and Plaintiff intends to provide an additional update with the case management statement prior to the case management conference.

**B.      Defendants' Position**

Defendants agree that the State Action is moving toward mediation. Pursuant to Judge Kulkarni's June 27, 2022 Order, the parties in the State Action are in the process of briefing whether Lily Chao ("Chao") and Damien Ding ("Ding"), cross-defendants in the State Action, must reveal their Chinese legal names to the opposing parties prior to mediating the State Action (the "Identity Briefing"). Chao and Ding refused to provide their legal names due to the People's Republic of China's ("PRC") sweeping ban on private crypto and blockchain businesses, and their understandable fear of reprisals by the PRC against them and their families still residing in the PRC should their names be revealed, leaked or otherwise disclosed. Nevertheless, the parties to the State Action have agreed that regardless of the outcomes of the Identity Briefing, they will attend a mediation in the State Action (without waiver of any right to appeal the decisions on the Identity Briefing). The Identity Briefing is currently scheduled for a hearing on August 18, 2022.

The parties to the State Action will also likely need to have further discussions regarding certain document productions prior to engaging in mediation.

Pursuant to the Stipulation Re Continuance of Case Management Conference; Order [ECF No. 151], the next Case Management Conference in this case is set for September 7, 2022, with a Joint Case Management Statement due to be filed by August 31, 2022. Defendants will provide a further update regarding the status of mediation in the State Action in the forthcoming Joint Case Management Statement.

Dated: August 4, 2022                               Respectfully Submitted,

*/s/ Constantine P. Economides*
Constantine P. Economides (*pro hac vice*)
Brianna K. Pierce (CBN 336906)
ROCHE FREEDMAN LLP
1 SE Third Avenue, Suite 250
Miami, Florida 33131
Tel: (305) 971-5943

Email: ceconomides@rochefreedman.com
             bpierce@rochefreedman.com

*Counsel for Plaintiff
Ariel Abittan*


*/s/ Craig Hansen*
Craig Hansen (CBN 209622)
HANSEN LAW FIRM, P.C.
75 E. Santa Clara St., Suite 1150
San Jose, CA 95113
Telephone: (408) 715-7980
Facsimile: (408) 715-7001
craig@hansenlawfirm.net
*Counsel for Defendants*