UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ABITTAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LILY CHAO, and others,<br><br>　　　　　Defendants. | Case No. 20-cv-9340 NC<br><br>Case No. 21-cv-9393 NC<br><br>**ORDER STRIKING SEPARATELY FILED CASE MANAGEMENT STATEMENTS AND DIRECTING FILING OF JOINT STATEMENT** |

　　　　In preparation for the Case Management Conferences scheduled for September 28, 2022, at 11:00 a.m., the parties have filed three separate statements rather than one consolidated and coordinated joint statement. The Court strikes the separate statements in Case No. 20-cv-9340 NC at Dkts. Nos. 157 and 158, and in Case No. 21-cv-9393 NC at Dkt. No. 53. The parties must confer further and file an updated joint statement by September 27 at noon. The updated statement: (1) must include a proposed coordinated case schedule; (2) address coordination of discovery among the many state and federal cases pending between the parties; (3) attach a copy of the state court motion to disqualify the Roche Freedman firm and any response that has been filed; (4) update the chart of pending motions, which was out of date in Abittan's CMC statement in Case No. 20-cv-9340 NC at Dkt. 157 p. 7; and (5) update the parties' proposal on ADR.

　　　　The CMC remains as scheduled, by Zoom video. The Court intends to set a case schedule.

　　　　**IT IS SO ORDERED.**

Dated: September 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge