UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ABITTAN,<br><br>    Plaintiff,<br><br>v.<br><br>LILY CHAO, and others,<br><br>    Defendants.<br><br>YUTING CHEN,<br><br>    Plaintiff,<br><br>v.<br><br>ARIEL ABITTAN, and others,<br><br>    Defendants. | Case No. 20-cv-09340-NC<br><br>Case No. 21-cv-09393-NC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The parties attended a case management conference in both these cases on September 28, 2022. After considering the joint case management statement submitted by the parties, IT IS HEREBY ORDERED THAT the following deadlines are set in both cases:

1. AMENDMENT OF PLEADINGS: The deadline to amend pleadings and add parties without further leave of Court is **October 28, 2022**

2. NON-EXPERT DISCOVERY:

- Initial Disclosures (if not completed yet) must be made by **October 28, 2022.**
- All non-expert discovery must be completed by **August 3, 2023**.

3. EXPERT WITNESSES:

    - Disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **June 4, 2023**.
    - Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **August 3, 2023.**
    - *Daubert* motions must be filed by **August 17, 2023.** Each side is limited to one omnibus motion.

4. DISPOSITIVE MOTIONS: filed by **September 15, 2023**.

5. FURTHER CASE MANAGEMENT CONFERENCE: **January 25, 2023, at 11:00 a.m.** by Zoom. The parties must file a joint case management statement by **January 18, 2023** in accordance with Civil L.R. 16-10(d).

6. PRETRIAL STATEMENTS and MOTIONS IN LIMINE: Due **January 3, 2024**.

7. PRETRIAL CONFERENCE: **January 17, 2024, at 2:00 p.m.**

8. TRIAL DATE: jury trial on **February 12, 2024, at 9:30 a.m.** The Court has not yet determined if the cases will be joined or severed for trial.

The trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. All hearings, conferences, and pretrial proceedings will be by phone or video conference via Zoom until further Court order.

**IT IS SO ORDERED.**

Dated: September 28, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge