Craig A. Hansen (CA Bar No. 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (CA Bar No. 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (CA Bar No. 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (CA Bar No. 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Defendant Temujin Labs, Inc., and Individual Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ABITTAN<br><br>        Plaintiff,<br><br>  v.<br><br>LILY CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHEN), DAMIEN DING (a/k/a DAMIEN LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING), YUTING CHEN, TEMUJIN LABS INC. (a Cayman Islands corporation), and Does 1-100, inclusive,<br><br>        Defendants. | CASE NO.: 5:20-CV-09340-NC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL; [PROPOSED ORDER]**<br><br>Courtroom: Courtroom 5 – 4th Floor<br>Judge: Hon. Nathanael Cousins |

PLEASE TAKE NOTICE that Hansen Law Firm, P.C. is withdrawing from representation of Defendants "Lily Chao (A/K/A Tiffany Chen, A/K/A Yuting Chen)" ("Lily Chao"), "Damien Ding (A/K/A Damien Leung, A/K/A Tao Ding)" ("Damien Ding"), and Temujin Labs Inc. (a Cayman Islands Corporation) ("Temujin Cayman") (collectively, "Defendants") in the above-captioned matter.  Signatures of the Defendants consenting to the withdrawal are below.  Hansen Law Firm, P.C. has notified Defendants of the consequences of corporations being unable to appear *pro se* in federal court.

Consent of Defendant Lily Chao to Hansen Law Firm, P.C.'s withdrawal:

_____
Lily Chao

Consent of Defendant Damien Ding to Hansen Law Firm, P.C.'s withdrawal:

_____
Damien Ding

Consent of Defendant Temujin Labs Inc. (a Cayman Islands Corporation) to Hansen Law Firm, P.C.'s withdrawal:

_____
Temujin Labs Inc. (a Cayman Islands Corporation)

DATED:  November 18, 2022            HANSEN LAW FIRM, P.C.

By: _____/s/ Craig A. Hansen_____
         Craig A. Hansen

Attorneys for Defendant Temujin Labs, Inc., and Individual Defendants

### [PROPOSED] ORDER

Pursuant to Hansen Law Firm, P.C.'s Notice of Withdrawal of Counsel, and good cause appearing, the Court ORDERS that Hansen Law Firm, P.C. is no longer counsel of record for Defendants "Lily Chao (A/K/A Tiffany Chan, A/K/A Yuting Chen)," "Damien Ding (A/K/A Damien Leung, A/K/A Tao Ding)," and Temujin Labs Inc. (a Cayman Islands Corporation)

(collectively, "Defendants") in the above-referenced matter.

Entered this ___ day of _____, 2022.

                                                _____
                                                Hon. Nathanael Cousins
                                                United States Magistrate Judge