UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARIEL ABITTAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LILY CHAO, and others,<br><br>    Defendants.<br><br>YUTING CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIEL ABITTAN, and others,<br><br>    Defendants.<br><br>TEMUJIN LABS INC. (a Delaware and Cayman Islands Corp.),<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSLUCENCE RESEARCH, INC., and others,<br><br>    Defendants. | Case No. 20-cv-09340-NC<br>Case No. 21-cv-09393-NC<br>Case No. 21-cv-09152 NC<br><br>**ORDER SETTING HEARING ON NOTICE OF WITHDRAWAL OF COUNSEL HANSEN LAW FIRM**<br><br>Hearing: Dec. 19, 2022<br><br>10:30 a.m. by Zoom video |

On November 22, 2022, attorneys from the Hansen Law Firm provided notice of their requested withdrawal from representation of clients Temujin Labs Inc. (Cayman Islands), Lily Chao, and Damien Ding (in Case No. 20-cv-9340); Temujin Labs Inc. (Delaware and Cayman Islands) (in Case No. 21-cv-9152); and Yuting Chen (in Case No. 21-cv-09393). The Court sets all three requests for hearing on December 19, 2022, at 10:30 a.m. by Zoom video. The Hansen Law Firm is ordered to provide this Order to each of its clients in these cases. The clients and Hansen Law Firm are ordered to appear for the hearing. If the clients will be represented by new attorneys, those attorneys must file an appearance and appear at the hearing. If the individual, non-corporation defendants seek to represent themselves, they will need to provide their contact information (mailing address, telephone, and email) for communications from the Court. The Court provides free and confidential resources to qualifying self-represented civil litigants who cannot afford counsel. Self-represented litigants may call the Federal Pro Se Program at (408) 297-1480 to make an appointment. Self-represented litigants must be familiar with and comply with the rules of the Court.

As to Temujin Labs Inc. (both the Delaware and Cayman Islands corporations), "[a] corporation may appear in federal court only through licensed counsel." *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1244 (9th Cir. 1993) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201 (1993)). As a result, Temujin Labs may not represent itself. If the request to withdraw is granted, then the Court may strike the pleadings by Temujin Labs Inc. and dismiss the claims in which Temujin Labs is a plaintiff (Case No. 21-cv-9152) and enter default judgment against it in the case where it is a defendant (Case No. 20-cv-9340).

The case deadlines are not changed by this Order.

**IT IS SO ORDERED.**

Dated: November 22, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge