James Cai (SBN: 200189)
*jcai@sacattorneys.com*
Brian A. Barnhorst (SBN: 130292)
*bbarnhorst@sacattorneys.com*
Jackson D. Morgus (SBN: 318453)
*jmorgus@sacattorneys.com*
Woody Wu (SBN: 309317)
*wwu@sacattorneys.com*
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA  95110
Telephone: (408) 436-0789

Attorneys for Defendants
*Temujin Labs, Inc., a Cayman Islands Corporation, and the individual defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIEL ABITTAN,<br><br>               Plaintiff,<br><br>         v.<br><br>LILI CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHENG), DAMIEN DING (a/k/a DAMIEN LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING) TEMUJIN LABS INC. (a Cayman Islands corporation), and Does 1-100, inclusive,<br><br>               Defendants. | Case No. 5:20-CV-09340-NC<br><br>Judge:  Hon. Nathanael M. Cousins<br><br>**NOTICE OF APPEARANCE OF SAC ATTORNEYS LLP ON BEHALF OF DEFENDANTS LILI CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHENG), DAMIEN DING (a/k/a DAMIEN LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING) TEMUJIN LABS INC.**<br><br>Case Filed:  December 24, 2020 |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that James Cai, Brian A. Barnhorst, Jackson D. Morgus and Woody Wu of SAC ATTORNEYS, LLP, hereby enters an appearance as counsels for Temujin Labs, Inc., LILI CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHENG), DAMIEN DING (a/k/a DAMIEN LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING) in the above-referenced actions. Please serve said counsels with all pleadings and notices in this action.

James Cai
jcai@sacattorneys.com
Brian A. Barnhorst
bbarnhorst@sacattorneys.com
Jackson D. Morgus
jmorgus@sacattorneys.com
Woody Wu
wwu@sacattorneys.com
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA  95110
Telephone: (408) 436-0789

Date: December 16, 2022

**SAC ATTORNEYS LLP**
JAMES CAI
BRIAN A. BARNHORST
JACKSON D. MORGUS
WOODY WU


By: /s/ James Cai
    JAMES CAI

A<small>TTORNEYS FOR DEFENDANTS</small>

**PROOF OF SERVICE Electronic Filing**

I HEREBY CERTIFY that on December 16, 2022, I served the document described as: **NOTICE OF APPEARANCE OF SAC ATTORNEYS LLP ON BEHALF OF DEFENDANTS LILI CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHENG), DAMIEN DING (a/k/a DAMIEN LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING) TEMUJIN LABS INC.** by electronic mail on the following parties:

Constantine Philip Economides,
Brianna K. Pierce,
Freedman Normand Friedland LLP
1 SE 3rd Ave.
Suite 1240
Miami, FL 33131
Phone No.: 305-306-9211
Email: ceconomides@rochefreedman.com
bpierce@rochefreedman.com

Craig Alan Hansen,
Collin Dane Greene,
Stephen C. Holmes,
Philip E. Yeager,
Hansen Law Firm, P.C.
75 East Santa Clara Street, Suite 1150
San Jose, CA 95113
(408) 715-7980
craig@hansenlawfirm.net
craig@hansenlawfirm.net
steve@hansenlawfirm.net
phil@ hansenlawfirm.net

/s/  Maria Butler
Maria Butler