UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ABITTAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LILY CHAO, and others,<br><br>    Defendants.<br><br>YUTING CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIEL ABITTAN, and others,<br><br>    Defendants.<br><br>TEMUJIN LABS INC. (a Delaware and Cayman Islands Corp.),<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSLUCENCE RESEARCH, INC., and others,<br><br>    Defendants. | Case No. 20-cv-09340-NC<br><br>Case No. 21-cv-09393-NC<br><br>Case No. 21-cv-09152 NC<br><br>**ORDER VACATING HEARING ON NOTICE OF WITHDRAWAL OF COUNSEL HANSEN LAW FIRM; APPROVING CHANGE IN COUNSEL**<br><br>Hearing: Dec. 19, 2022<br><br>10:30 a.m. by Zoom video |

On November 22, 2022, attorneys from the Hansen Law Firm provided notice of their requested withdrawal from representation of clients Temujin Labs Inc. (Cayman Islands), Lily Chao, and Damien Ding (in Case No. 20-cv-9340); Temujin Labs Inc. (Delaware and Cayman Islands) (in Case No. 21-cv-9152); and Yuting Chen (in Case No. 21-cv-09393). The Court set all three requests for hearing on December 19, 2022, at 10:30 a.m. by Zoom video. Subsequently, new counsel from SAC Attorneys LLC filed appearances for the parties previously represented by Hansen Law Firm. The Court therefore GRANTS the requested withdrawal of Hansen Law Firm (Dkt. 58 in No 21-cv-9152; Dkt. 60 in 21-cv-9393; and Dkt. 163 in 20-cv-9340) and accepts the appearance of new counsel. There is no longer a need for a hearing, so the December 19 hearing is VACATED. The case schedule remains in place in all three cases. New counsel should take particular note that there is a motion to dismiss set for hearing on January 4, 2023, at 1:00 p.m. by Zoom video in Case No. 21-cv-9152 NC.

**IT IS SO ORDERED.**

Dated: December 19, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

2