Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email: ceconomides@rochefreedman.com
        bpierce@rochefreedman.com

*Counsel for Plaintiff,*
*Ariel Abittan*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| Plaintiff, | **NOTICE OF FILING** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), et. al., | |
| Defendants. | |

Plaintiff Ariel Abittan hereby gives notice of filing a true and accurate copy of Judge

Kulkarni's order DENYING Temujin Labs Inc. (Delaware), Temujin Labs Inc. (Cayman Islands),

Lily Chao, Damien Ding, and Discreet Labs Ltd.'s motion to disqualify Freedman Normand

Friedland LLP (formerly Roche Freedman LLP) as counsel for Ariel Abittan, attached hereto as

Exhibit A.

Dated: January 6, 2022                    **FREEDMAN NORMAND FRIEDLAND LLP**

                                          */s/ Brianna K. Pierce*
                                          Brianna Pierce (CA Bar No. 336906)
                                          Constantine P. Economides (*pro hac vice*)
                                          1 SE Third Avenue, Suite 250
                                          Miami, Florida 33131
                                          Tel: (305) 971-5943
                                          Email: bpierce@fnf.law
                                          ceconomides@fnf.law

                                          *Counsel for Plaintiff*