Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email:  ceconomides@fnf.law
        bpierce@fnf.law

*Counsel for Plaintiff,*
*Ariel Abittan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF ARIEL ABITTAN** |
| v. | |
| LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), et. al., | |
| Defendants. | |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 18, 2023

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Constantine P. Economides*
Constantine P. Economides (*pro hac vice*)
Brianna Pierce (CA Bar No. 336906)
1 SE Third Avenue, Suite 250
Miami, Florida 33131
Tel: (305) 971-5943
Email: ceconomides@fnf.law
bpierce@fnf.law

*Counsel for Plaintiff*