James Cai (SBN: 200189)
*jcai@sacattorneys.com*
Brian A. Barnhorst (SBN: 130292)
*bbarnhorst@sacattorneys.com*
James P. Giacchetti (SBN: 307117)
*jgiacchetti@sacattorneys.com*
Woody Wu (SBN: 309317)
*wwu@sacattorneys.com*
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA  95110
Telephone: (408) 436-0789

Jingjing Ye (Admitted Pro Hac Vice)
YE & ASSOCIATES, PLLC
3400 N. Central Expy, #500
Plano, TX 75080

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LILY CHAO, et al.<br><br>　　　　　　Defendants. | Case No. 20-CV-09340-NC<br><br>Case No. 21-CV-09393-NC<br><br>**DEFENDANTS' FIFTH AMENDED INITIAL DISCLOSURES**<br><br>Judge:　Hon. Nathanael Cousins |
| YUTING CHEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARIEL ABITTAN, et al.<br><br>　　　　　　Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a), Civil L.R. 16-9, and the April 12, 2023 hearing before and order issued by the Honorable Judge Nathanael Cousins, Defendants by and through counsel, makes the following Initial Disclosures:

## PRELIMINARY STATEMENT

These Initial Disclosures are based on information reasonably available to Defendants at this time and on Defendants' current understanding of the claims in this case. Defendants reserve the right to make supplemental and subsequent disclosures as information becomes available in the course of her investigation and discovery. By providing these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this action.  Defendants do not waive and expressly reserves any and all objections based upon relevance, materiality, competence, privilege, work product doctrine, immunity from disclosure, trade secret, undue burden, over-breadth and/or other grounds. Furthermore, these disclosures are not an admission by Defendants regarding any matter. All of the disclosures set forth below are made subject to and without limiting the above reservations.

## INITIAL DISCLOSURES

**(i)    The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

Defendants identify the following individuals:

| Name | Address and Telephone Number | Subjects of Information |
|---|---|---|
| Paul Sherer | Address: 360 Leland Ave, Palo Alto, CA 94306<br><br>Phone Number: 650 223 4651 | Plaintiff Abittan's involvement in Eian Labs Inc; Paul Sherer's direct interactions with Abittan;  Paul has knowledge regarding Abittan's non-involvement at Findora and Temujin, Paul has knowledge regarding how often he saw Abittan at Eian Labs; Paul has knowledge of Abittan working at Eian Labs; Paul has knowledge regarding Abittan's attempts to discourage Findora employees and contractors to work at Findora. |

| | | |
|---|---|---|
| Ravi Chiruvolu | Address: 12011 Greenhills Ct, Los Altos Hills, CA 94022<br><br>Phone Number: 650-465-6711 | Plaintiff Abittan's non-involvement in the Findora Project and Temujin; Ravi's direct interactions with Abittan; Ravi has knowledge regarding Abittan's involvement in Eian Labs; Ravi has knowledge regarding how often he saw Abittan at Eian Labs; Ravi has knowledge of Abittan working at Eian Labs; |
| Daniel Mitchell | Address: Flat 1, 30 Sheen Gate Gardens, SW14 7NY, London, UK<br><br>Phone Number: unknown | Daniel has knowledge regarding Abittan's efforts to poach Temujin employees. |
| Nathan Yospe | Address: 2471 Elena Ct Antioch, CA 94531<br><br>Phone Number: 310-437-3875 | Nathan has knowledge regarding Abittan's efforts to poach Temujin employees. |
| Eli Reinhardt | Address: 320 Bridgecreek Way Hayward, CA 94544<br><br>Phone Number: 510-935-9377 | Eli has knowledge regarding Abittan's efforts to poach Temujin employees. |
| Frank Fu | Address: 3247 Emerson St, Palo Alto, 94306<br><br>Phone Number: 408-806-0998 | Frank has knowledge regarding Abittan's involvement in claiming ownership at Temujin and conspiring to poach Temujin employees. |
| Jill Gunter | Address: 1355 Market St, San Francisco, CA 94103<br><br>Phone Number: 415-598-0346; 617-538-9675 | Jill has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; Abittan's interest in Espresso System |
| Alfred Lin | Address: 2800 Sand Hill Rd #101, Menlo Park, CA 94025 | Alfred has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; Abittan's interest in Espresso System |

DEFENDANTS' FIFTH AMENDED INITIAL DISCLOSURES

Page 3

| | | |
|---|---|---|
| | Phone Number: 650-854-3927 | |
| Benjamin Fisch | Address: 3863 Alameda De Las Pulgas Menlo Park, CA 94025<br><br>Phone Number: 609-731-1243 | Benjamin has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; Abittan's interest in Espresso System |
| Charles Lu | Address: 12210 SE 36th St., Bellevue, WA 98006<br><br>Phone Number: 425-753-8886 | Charles has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; Abittan's interest in Espresso System |
| Benedict Bünz | Address: 1355 Market St, San Francisco, CA 94103<br><br>Phone Number: 650-861-7770 | Benedict has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; Abittan's interest in Espresso System |
| Nathan McCarty | Address: 660 Hugging Bear Dr Lexington, KY 40509<br><br>Phone Number: 859-396-2729 | Charles has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Fernando Krell | Address: Jose Zapiola #7693-C, Santiago, 7860417, Chile<br><br>Phone Number: unknown | Fernando Krell has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Philippe Camacho Cortina | Address: Sebastián Elcano 1100 departamento 152, Las Condes, Santiago, Chile<br><br>Phone Number: unknown | Philippe has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |

| Binyi Chen | Address: 959 Stewart Dr, Apt 1334, Sunnyvale, CA 94085<br><br>Phone Number: 805-886-5605 | Binyi has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
|---|---|---|
| Luoyuan "Alex" Xiong | Address: CommonwealthDr 50, Unit 07-510, Singapore<br><br>Phone Number: +65-9650-7565 | Alex has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Keyao Shen | Address: 1426 Vallejo Dr,<br>San Jose CA 95130<br><br>Phone Number: 510-316-8581 | Keyao has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Noah Golub | Address: 272B Lexington St, San Francisco, CA 94110<br><br>Phone Number: 201-835-6895 | Noah has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Brian Rogoff | Address: 519 Brannan Place, Santa Clara, CA 95050<br><br>Phone Number: 408-250-8899 | Brian has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Joe Doyle | Address: 228 Morewood Ave, Pittsburgh, PA 15213<br><br>Phone Number: 609-254-5520 | Joe has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |

| | | |
|---|---|---|
| Mat Richmond | Address: 308 Cirrus Dr NW, Albuquerque, NM 87120<br><br>Phone Number: 505-750-1628 | Mat has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Helena Flack | Address: 22 West Hill, Wembley, Middlesex, UK<br><br>Phone Number: +49-0-1573-518-4980 | Helena has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |
| Cameron Dennis | Address: 1616 Franceschi Rd, Santa Barbara, CA 93103<br><br>Phone Number: 786-797-6847 | Cameron has knowledge regarding Abittan spreading rumors and false claims, Abittan's claiming ownership at Temujin; Abittan poaching employees; |

In addition to the above-listed individuals, Defendants reserve the right to rely upon the testimony of additional witnesses as may be identified in the course of further discovery and investigation, including but not limited to persons disclosed by Plaintiff.

**(ii)** a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

| **Description by Category** | **Description by Location** |
|---|---|
| Documents relating to Plaintiff Abittan's interactions with Findora and Temujin employees, consultants, advisors and investors related to the issues raised in the pleadings. | 69 Isabella Ave, Atherton, CA 94027 |

| | |
|---|---|
| Relevant text messages and emails between Lily Chao, Damien Ding, and Abittan related to the issues raised in the pleadings. | 69 Isabella Ave, Atherton, CA 94027 |
| Documents relating to the Findora project and Plaintiff's non-involvement with the Findora | 69 Isabella Ave, Atherton, CA 94027 |
| Documents relating to the Temujin business and Plaintiff's non-involvement with Temujin. | 69 Isabella Ave, Atherton, CA 94027 |
| Documents relating to ownership of assets and intellectual property relating to the Temujin business, not mentioning Ariel Abittan | 69 Isabella Ave, Atherton, CA 94027 |
| Documents relating to ownership of assets and intellectual property relating to the Findora business, not mentioning Ariel Abittan | 69 Isabella Ave, Atherton, CA 94027 |
| Agreements signed by Plaintiff and Eian Labs | 69 Isabella Ave, Atherton, CA 94027 |

Investigation is ongoing and Defendants reserve the right to supplement the list of categories discussed above.

**(iii)    a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

As to the claims asserted by Plaintiff Abittan, Defendants assert that they have no liability and that Abittan is not entitled to any damages or relief, and as a result there is no applicable computation of damages therefor. Defendants reserve the right to recover attorneys'

fees and costs to the extent permitted by law.  Defendants also reserve the right to assert any and all necessary and appropriate claims for relief in this action, and will supplement their disclosures to the extent necessary.  Defendants anticipate that their response to any computation of alleged damages by Abittan, and supporting documents and other evidentiary materials, will be made available during the course of discovery, including expert discovery, in this action.

**(iv)    for inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

Based on current information, Defendants are not aware of any such insurance agreement.

Dated:  April 19, 2023                                     SAC ATTORNEYS LLP

By: /s/ *James Cai*  _____
James Cai, Esq.
Brian A. Barnhorst, Esq.
James P. Giacchetti, Esq.
Attorneys for Defendants