James Cai (SBN: 200189)
*jcai@sacattorneys.com*
Brian A. Barnhorst (SBN: 130292)
*bbarnhorst@sacattorneys.com*
James P. Giacchetti (SBN: 307117)
*jgiacchetti@sacattorneys.com*
Woody Wu (SBN: 309317)
*wwu@sacattorneys.com*
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA  95110
Telephone: (408) 436-0789

Jingjing Ye (Admitted Pro Hac Vice)
YE & ASSOCIATES, PLLC
3400 N. Central Expy, #500
Plano, TX 75080

*Attorneys for Plaintiff Yuting Chen*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>LILY CHAO, et al.<br><br>                    Defendants. | Case No. 20-CV-09340-NC<br><br>Case No. 21-CV-09393-NC<br><br>**DECLARATION OF DAMIEN DING IN SUPPORT OF DEFENDANTS' FIFTH AMENDED INITIAL DISCLOSURES**<br><br>Judge:   Hon. Nathanael Cousins |
| YUTING CHEN,<br><br>                    Plaintiff,<br><br>        v.<br><br>ARIEL ABITTAN, et al.<br><br>                    Defendants. | |

I, Damien Ding, declare:

1. I am a defendant in the above-referenced case number 20-cv-09340-NC. I submit this declaration in support of my Fifth Amended Initial Disclosures as ordered by the Honorable Judge Nathanael Cousins on April 12, 2023. I possess personal knowledge of all facts stated herein. If called upon as a witness, I could and would competently testify thereto.

2. I do not know the telephone numbers of the following individuals listed on the Fifth Amended Initial Disclosures: Daniel Mitchell, Fernando Krell, and Philippe Camacho Cortina. I never knew and do not know the telephone numbers of these individuals. Records may have existed which reflected the telephone numbers of these individuals. I have made a diligent search and a reasonable inquiry to obtain records which reflect the telephone numbers of these individuals. I have been unable to locate any such records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 19, 2023 in Atherton, California.



Damien Ding

 Audit trail

| | |
|---|---|
| **Title** | Ding declaration |
| **File name** | Ding Declaration ... Disclosures.docx |
| **Document ID** | da23625455d4654aa9d980f38e0f091d9f64badb |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

## Document History

**SENT** — 04 / 19 / 2023 22:14:30 UTC — Sent for signature to Damien Ding (damien@findora.org) from jcai@sacattorneys.com
IP: 75.149.53.146

**VIEWED** — 04 / 19 / 2023 23:13:41 UTC — Viewed by Damien Ding (damien@findora.org)
IP: 172.58.31.90

**SIGNED** — 04 / 19 / 2023 23:14:48 UTC — Signed by Damien Ding (damien@findora.org)
IP: 172.58.31.90

**COMPLETED** — 04 / 19 / 2023 23:14:48 UTC — The document has been completed.

Powered by Dropbox Sign