UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ABITTAN,<br>         Plaintiff,<br>v.<br>LILY CHAO, and others,<br>         Defendants. | Case No. 20-cv-09340 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 21, 2023, 11:00 A.M. IN COURTROOM 5** |

    The Court continues the next Case Management Conference from June 7 to June 21, 2023, at 11:00 a.m. in person in San Jose courtroom 5.  A joint case management conference statement must be filed by June 14.  The statement should include an update on the discovery status.  If the parties do not see a need for a CMC, they should make that recommendation in their joint statement.

    The reason for the continuance is that the parties did not timely file a joint case management conference statement as was previously ordered.  ECF 170.  The parties also did not file a discovery agenda before a discovery hearing that was scheduled for May 31, 2023.  ECF 186.

    **IT IS SO ORDERED.**

Dated: June 5, 2023

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge