James Cai (SBN: 200189)
jcai@sacattorneys.com
Brian A. Barnhorst (SBN: 130292)
bbarnhorst@sacattorneys.com
Patrick E. O'Shaughnessy (SBN: 218051)
poshaughnessy@sacattorneys.com
Woody Wu (SBN: 309317)
wwu@sacattorneys.com
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA  95110
Telephone: (408) 436-0789

Jingjing Ye (*Pro Hac Vice*)
jye@yefirm.com
YE & ASSOCIATES, PLLC
3400 N. Central Expy, #500
Plano, TX 75080
Telephone: (469) 410-5232

*Attorneys for Temujin Labs Inc. (Delaware)
Temujin Labs Inc. (Cayman Islands), Lily Chao,
and Damien Ding*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARIEL ABITTAN,<br><br>Plaintiff,<br><br>v.<br><br>LILY CHAO et al.,<br><br>Defendants. | Case No. 20-CV-09340-NC<br><br>**O'SHAUGHNESSY DECLARATION RE: DISCOVERY DISPUTE ABOUT LAW FIRM SUBPOENAS**<br><br>Judge:   Hon. Nathanael Cousins<br><br>Filed:   December 24, 2020 |

# DECLARATION

I, Patrick E. O'Shaughnessy, declare,

1. I am attorney licensed to practice law in California, the District of Columbia, and Ohio. I serve as Of Counsel at SAC Attorneys LLP, counsel for Plaintiffs and Cross-Defendants in the above-captioned matter. I submit this Declaration Re: Discovery Dispute About Law Firm Subpoenas (the "Discovery Dispute"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. A true and correct copy of a subpoena at issue in this discovery dispute in the above-captioned lawsuit is attached as Exhibit 1.

3. Plaintiff sent copies of Exhibit 1 to non-party Fenwick & West and our law firm.

4. Plaintiff also sent subpoenas with effectively the same substantive words as Exhibit 1 to several other non-party law firms as well as copies of those subpoenas to our law firm.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2023                                SAC ATTORNEYS LLP

                                                       /s/ Patrick O'Shaughnessy
                                                       Patrick O'Shaughnessy
                                                       Attorney Defendants