Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email:  ceconomides@fnf.law
        bpierce@fnf.law

*Counsel for Plaintiff Ariel Abittan and the Chen Case Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| YUTING CHEN,<br><br>  Plaintiff,<br><br>  v.<br><br>ARIEL ABITTAN, et. al.,<br><br>  Defendants. | Case No. 5:21-cv-09393-NC<br><br>**NOTICE OF FILING ORDER GRANTING ISSUE SANCTIONS AGAINST LILY CHAO, DAMIEN DING, AND TEMUJIN LABS INC.** |
| ARIEL ABITTAN,<br><br>  Plaintiff,<br><br>  v.<br><br>LILY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN), et. al.,<br><br>  Defendants. | Case No. 5:20-CV-09340-NC |

Plaintiff Ariel Abittan in Case No. 20-cv-09340-NC and Defendants in Case No. 21-cv-09393-NC hereby give notice of filing a true and accurate copy of Judge Kulkarni's Order in the related state action, dated May 30, 2023, GRANTING issue sanctions and preventing Lily Chao, Damien Ding, and Temujin Labs Inc. from disputing that:

1. Ms. Chao and Mr. Ding utilized numerous identities and aliases to perform work on behalf of Temujin including but not limited to the following: Lily Chao, Tiffany Chen, **Yuting Chen**, Tiffany Lily Chen, Yang Rong, Damien Ding, Damien Leung, Tao Ding, Damien Ray Donovan, Damien Ray Donovan Leung, Jianrong Wang, Alex Wang, Yang Yang, and the two Chinese character names reflected at p. 16:4-5 in the memorandum of points and authorities;

2. Ms. Chao and Mr. Ding utilized aliases to sign corporate documents on behalf of Temujin, including investment documents, incorporation documents, and employee contracts; and

3. Ms. Chao and Mr. Ding disguised their true identities in order to mislead Mr. Fisch and Mr. Lu and other third parties regarding Temujin's business ventures.[1]

The Order is attached hereto as Exhibit A,

Dated: June 20, 2023

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Brianna K. Pierce*
Brianna Pierce (CA Bar No. 336906)
Constantine P. Economides (*pro hac vice*)
1 SE Third Avenue, Suite 250
Miami, Florida 33131
Tel: (305) 971-5943
Email: bpierce@fnf.law
ceconomides@fnf.law

*Counsel for Plaintiff Ariel Abittan and the Chen Case Defendants*

---

[1] The Court granted Abittan's request to join in Charles Lu and Benjamin Fisch's sanctions motion.