1  Craig A. Hansen (SBN 209622)
   Email: craig@hansenlawfirm.net
2  Stephen C. Holmes (SBN 200727)
   Email: steve@hansenlawfirm.net
3  Philip E. Yeager (SBN 265939)
   Email: phil@hansenlawfirm.net
4  Collin D. Greene (SBN 326548)
   Email: collin@hansenlawfirm.net
5  HANSEN LAW FIRM, P.C.
   75 E. Santa Clara Street, Suite 1150
6  San Jose, CA 95113-1837
   Telephone: (408) 715 7980
7  Facsimile: (408) 715 7001

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, <br><br> PLAINTIFF, <br><br> v. <br><br> LILY CHAO (a/k/a TIFFANY CHEN, a/k/a YUTING CHEN), DAMIEN DING (a/k/a DAMIEN LEUNG, a/k/a DAMIEN RAY DONOVAN, a/k/a TAO DING), TEMUJIN LABS INC. (a Cayman Islands corporation), and Does 1-100, inclusive, <br><br> DEFENDANTS. | Case No. 5:20-CV-09340-NC <br><br> **DECLARATION OF CRAIG A. HANSEN IN RELATION TO ARIEL ABITTAN'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** <br><br> Judge:   Hon. Nathanael Cousins |

I, Craig A. Hansen, declare as follows:

1. I am an attorney and principal of the Hansen Law Firm, P.C. ("Hansen Law Firm"), former counsel for Defendants in this matter. I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called upon to testify to those facts I could and would competently do so.

2. On May 11, 2023, Hansen Law Firm was served with a *Subpoena to Produce Documents, Information, or Objects Or to Permit Inspection of Premises in a Civil Action* by Plaintiff Ariel Abittan in this matter (the "Subpoena"). A true and correct copy of the Subpoena is attached hereto as **Exhibit 1**.

3. On May 24, 2023, Hansen Law Firm served *Hansen Law Firm, P.C.'s Objections to Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action* ("HLF's Objections") upon counsel for Ariel Abittan and current counsel for Defendants in this matter. A true and correct copy of HLF's Objections is attached hereto as **Exhibit 2**.

4. On June 7, 2023, Plaintiff Ariel Abittan's counsel requested a date to meet and confer with Hansen Law Firm in relation to HLF's Objections. A true and correct copy of this email is attached hereto as **Exhibit 3**.

5. On June 9, 2023, Hansen Law Firm responded to Plaintiff Ariel Abittan's counsel via letter, a true and correct copy of which is attached hereto as **Exhibit 4**.

6. Hansen Law Firm has incurred substantial attorney time in reviewing the Subpoena, drafting and serving HLF's Objections, writing a meet and confer letter in connection with HLF's Objections, attending the hearing in relation to the *Joint Statement of Discovery Dispute Re: Law Firm Subpoenas* (DKT No. 193), and drafting this declaration. The specific attorneys who spent time responding to the Subpoena include Steve Holmes, Phil Yeager, Collin Greene, and me. These attorneys could and should have spent such time working on other cases rather than responding to the Subpoena and related meet and confer. My billing rate is $500.00 per hour, Stephen Holmes billing rate is $450.00 per hour, Philip Yeager's billing rate is $350.00 per hour, and Collin

Greene's billing rate is $300.00 per hour.  In total, Hansen Law Firm lost the equivalent of $5,820.00 in attorney time in relation to the Subpoena, as the following table demonstrates:

| Attorney | Hourly Rate | Hours | Totals |
|---|---|---|---|
| Craig Hansen | $500.00 | 1.6 | $800.00 |
| Stephen Holmes | $450.00 | 0.4 | $180.00 |
| Phil Yeager | $350.00 | 7.4 | $2,590.00 |
| Collin Greene | $300.00 | 7.5 | $2,250.00 |
|  |  | 16.9 | $5,820.00 |

DATED:  June 21, 2023

San Jose, California                               /s/ Craig Alan Hansen

                Craig Alan Hansen
                HANSEN LAW FIRM, P.C.