# EXHIBIT 3

| | |
|---|---|
| **From:** | Brianna Pierce |
| **To:** | Collin Greene |
| **Cc:** | Craig Hansen; Stephen C. Holmes; Phil Yeager; Constantine Economides; Jingjing Ye; "Brian Barnhorst"; James Giacchetti; Patrick O"Shaughnessy; "James Cai"; Woody Wu |
| **Subject:** | Re: Hansen Law Firm, P.C." Objections to Ariel Abittan"s Document Subpoena; Case No. 20-CV-09340-NC |
| **Date:** | Wednesday, June 7, 2023 7:02:35 AM |
| **Attachments:** | image001.png |

Collin,

Can you propose a time next week to meet and confer about HLF's objections and responses to Mr. Abittan's subpoena?

Brianna K. Pierce
*Associate*
**Freedman Normand Friedland LLP**
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(t) 786.706.7801
(f) 646.392.8842
(@) bpierce@fnf.law

*Admitted in California and New York Only*

---

**From:** Collin Greene <collin@hansenlawfirm.net>
**Date:** Thursday, May 25, 2023 at 6:07 PM
**To:** Brianna Pierce <bpierce@fnf.law>
**Cc:** Craig Hansen <craig@hansenlawfirm.net>, Stephen C. Holmes <steve@hansenlawfirm.net>, Phil Yeager <phil@hansenlawfirm.net>, Brianna Pierce <bpierce@fnf.law>, Constantine Economides <ceconomides@fnf.law>, Jingjing Ye <jye@yefirm.com>, 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>, James Giacchetti <jgiacchetti@sacattorneys.com>, Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>, 'James Cai' <jcai@sacattorneys.com>, Woody Wu <wwu@sacattorneys.com>, selenachen1228@gmail.com <selenachen1228@gmail.com>, selena@findora.org <selena@findora.org>
**Subject:** RE: Hansen Law Firm, P.C.' Objections to Ariel Abittan's Document Subpoena; Case No. 20-CV-09340-NC

**[EXTERNAL SENDER]**

Brianna,

Just ensuring you received this, as your signature from your Wednesday, May 17, 2023 email indicates the "bpierce@rochefreedman.com" email address.

Thank you,

Collin Dane Greene



75 E. Santa Clara Street, Suite 1150

San Jose, CA 95113

(408) 715-7980 (Main)

(408) 627-8253 (Direct)

(408) 715-7001 (Fax)

www.hansenlawfirm.net

---

This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege.  If you received this message in error, please note that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.  Thank you.

---

**From:** Collin Greene
**Sent:** Wednesday, May 24, 2023 5:11 PM
**To:** Brianna Pierce <bpierce@fnf.law>; Constantine Economides <ceconomides@fnf.law>; Jingjing Ye <jye@yefirm.com>; 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>; James Giacchetti <jgiacchetti@sacattorneys.com>; Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>; 'James Cai' <jcai@sacattorneys.com>; Woody Wu <wwu@sacattorneys.com>; selenachen1228@gmail.com; selena@findora.org
**Cc:** Craig Hansen <craig@hansenlawfirm.net>; Stephen C. Holmes <steve@hansenlawfirm.net>; Phil Yeager <phil@hansenlawfirm.net>
**Subject:** Hansen Law Firm, P.C.' Objections to Ariel Abittan's Document Subpoena; Case No. 20-CV-09340-NC

All,

Please see the attached **HANSEN LAW FIRM, P.C.'S OBJECTIONS TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION.**

Thank you,

Collin Dane Greene



75 E. Santa Clara Street, Suite 1150

San Jose, CA 95113

(408) 715-7980 (Main)

(408) 627-8253 (Direct)

(408) 715-7001 (Fax)

www.hansenlawfirm.net

---

This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege.  If you received this message in error, please note that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.  Thank you.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.