Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce
(CA Bar No. 336906)
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@fnf.law
         bpierce@fnf.law

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)** |
| LILLY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN) et al., | |
| Defendants. | |

**TO THE COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion for Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court now Orders as follows:

1. Plaintiff Ariel Abittan's claims against Defendants shall be dismissed without prejudice;
2. Each party shall bear its own attorneys' fees, costs, and/or expenses.

DATED: _____

_____
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge