Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce
(CA Bar No. 336906)
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@fnf.law
         bpierce@fnf.law

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, <br><br> Plaintiff, <br><br> v. <br><br> LILLY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN) et al., <br><br> Defendants. | Case No. 5:20-CV-09340-NC <br><br> **DECLARATION OF CONSTANTINE P. ECONOMIDIES IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)** |

DECLARATION OF CONSTANTINE P. ECONOMIDIES IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Case No. 5:20-CV-09340-NC

I, Constantine P. Economides, declare as follows:

1. I am an attorney licensed to practice law in the States of New York, Florida, and Washington D.C., and am admitted to practice before this Court *pro hac vice*. I am a partner with the firm Freedman Normand Friedland LLP, and counsel for Plaintiff Ariel Abittan ("Plaintiff"). I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's motion for voluntarily dismissal pursuant to Federal Rule of Civil Procedure 41(a).

2. This case is one of multiple cases between the Parties. These cases include:

   a. *Abittan v. Lilly Chao et al.*, Case No. 5:20-cv-09340-NC, filed in the United States District Court, Northern District of California ("Abittan Case");

   b. *Chen v. Abittan et al.*, Case No. 5:21-cv-09393, filed in the United States District Court, Northern District of California ("Yuting Chen Case.");

   c. *Temujin Labs Inc. (Delaware) v. Ariel Abittan*, *Benjamin Fisch, and Charles Lu, and Does 1-10*, inclusive, Santa Clara County Superior, Case No. 20CV372622 ("State Court Case").

3. On April 26, 2023, this Court dismissed the Yuting Chen Case with prejudice. *See* Case No. 5:21-cv-09393, ECF No. 92.

4. Subsequently, on June 16, 2023, the Parties participated in a state-court ordered global mediation. The goal of the mediation was to resolve all disputes between the Parties, including disputes at the center of this litigation.

5. Prior to the mediation, Plaintiff endeavored to streamline the disputes and avoid duplicative discovery, given that the three cases involved overlapping parties, facts, and claims.

6. However, the case did not settle, and the Parties' dispute will inevitably proceed in the State Court Case, where Mr. Abittan is a defendant and counterclaim plaintiff.

7. Plaintiff's claims in this case have merit, and Plaintiff intends to vigorously pursue those claims. However, Plaintiff believes that he (as well as the other parties) can avoid duplicative

DECLARATION OF CONSTANTINE P. ECONOMIDIES IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

CASE NO. 5:20-CV-09340-NC

efforts, maximize resources, and preserve judicial resources by dismissing this lawsuit and focusing all claims, defenses, and/or counterclaims in the State Court Litigation.

8. Plaintiff has no intention of waiving any claims or arguments asserted in this action and would not dismiss unless doing so is without prejudice and without the imposition of fees and costs.

9. If the Court holds that a voluntary dismissal must be with prejudice or other conditions against Plaintiff, Plaintiff intends to continue litigating this action, while making reasonable good faith efforts to avoid needless duplication.

10. I am available to provide any additional information the Court may require in conjunction with the requested dismissal without prejudice.

Dated: June 28, 2023

Respectfully Submitted,

*/s/ Constantine P. Economides*
Constantine P. Economides (*pro hac vice*)

C*ounsel for Plaintiff*