| | |
|---|---|
| 1 | Constantine P. Economides (*pro hac vice*) |
| | (Florida Bar No. 118177) |
| 2 | Brianna K. Pierce |
| | (CA Bar No. 336906) |
| 3 | FREEDMAN NORMAND |
| | FRIEDLAND LLP |
| 4 | 1 SE 3rd Avenue, Suite 1240 |
| | Miami, FL 33131 |
| 5 | Tel: (305) 971-5943 |
| | Email: ceconomides@fnf.law |
| 6 | bpierce@fnf.law |
| 7 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ARIEL ABITTAN, | Case No. 5:20-CV-09340-NC |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME** |
| LILLY CHAO (A/K/A TIFFANY CHEN, A/K/A YUTING CHEN) et al., | |
| Defendants. | Judge:   Hon. Nathanael Cousins |

**NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME**

**TO ALL PARTIES AND TO THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 6-1(b), Civil Local Rule 6-3, and Federal Rules of Civil Procedure 6(b), Plaintiff Ariel Abittan respectfully requests the Court grant an extension, up to and including July 7, 2023, to respond to the Hansen Law Firm's Bill of Costs (ECF No. 199).

The instant motion is based on this Notice of Motion, Motion, the declaration of Constantine P. Economides, and the below.

Dated: June 29, 2023                    Respectfully Submitted,

*/s/ Constantine P. Economides*
Constantine P. Economides (*pro hac vice*)
Brianna K. Pierce (CBN 336906)
FREEDMAN NORMAND FRIEDLAND LLP
1 SE Third Avenue, Suite 1250
Miami, Florida 33131
Tel: (305) 971-5943
Email: ceconomides@fnf.law
           bpierce@fnf.law

C*ounsel for Plaintiff*

1    Plaintiff respectfully requests the Court grant an extension of time, up to and including July 7, 2023, to respond to the Hansen Law Firm's Bill of Costs (ECF No. 199). In support, Plaintiff states as follows:

   1. This motion meets the requirements of Local Rule 6-3, Motion to Change Time, which provides, in pertinent part, that such motion must include the following: (a) Form and Content. A motion to enlarge or shorten time may be no more than 5 pages in length and must be accompanied by a proposed order and by a declaration that: (1) Sets forth with particularity the reasons for the requested enlargement or shortening of time; (2) Describes the efforts the party has made to obtain a stipulation to the time change; (3) Identifies the substantial harm or prejudice that would occur if the Court did not change the time; and … (5) Discloses all previous time modifications in the case, whether by stipulation or Court order; (6) Describes the effect the requested time modification would have on the schedule for the case.

   2. Plaintiff's response to the Hansen Law Firm's Bill of Costs is presently due on June 30, 2023. *See* ECF No. 200. Plaintiff respectfully request a 7-day extension, up to and including July 7, 2023, to respond to ECF No. 199.

   3. Plaintiff makes this motion in good faith and not for dilatory purposes.

   4. Plaintiff's counsel, Constantine P. Economides, has been in trial in Florida every day from Monday, June 26, 2023, to Thursday, June 29, 2023, and has an in-person mediation in Los Angeles on June 30, 2023. Plaintiff's other counsel, Brianna Pierce, is on a preplanned vacation. As a result, Plaintiff's counsel need additional time to review and respond to the Hansen Law Firm's Bill of Costs.

   5. Absent this extension, Plaintiff would be unduly prejudiced in formulating a response to ECF No. 199.

   6. The previous time modifications in this case include extension of Defendants' time to respond to the Complaint (ECF Nos. 21, 24, 31, 44, 95), Defendants' time to respond to a Motion for an order allowing alternative service (ECF No. 97), the case management conference (ECF Nos. 22, 44, 67, 79, 90, 111, 116, 127, 151, 156, 170, 192), and Plaintiff's deadline to serve Defendants

1  by alternative means (ECF No. 113). This is the first request for an extension of time to respond to
2  ECF No. 199.

3        7.      The requested time modification will not impact the schedule for this case,
4  particularly because Plaintiff has moved to voluntarily dismiss the case.

5        8.      On June 29, 2023, Plaintiff's counsel reached out to all counsel and asked whether
6  there would be an opposition to the requested extension. The Hansen Law Firm stated that they
7  would oppose the request. *See* Declaration of Constantine P. Economides at Exhibit A.

8        9.      This motion meets all of the requirements necessary for the Court to grant it,
9  including the requirements of Local Rule 6-3, Motion to Change Time.

11  Dated: June 29, 2023                        Respectfully Submitted,

13                                           */s/ Constantine P. Economides*
                                         Constantine P. Economides (pro hacvice)
14                                       Brianna K. Pierce (CBN 336906)
                                       FREEDMAN NORMAND
15                                       FRIEDLAND LLP
                                      1 SE Third Avenue, Suite 250
16                                       Miami, Florida 33131
                                      Tel: (305) 971-5943
17                                       Email: ceconomides@fnf.law
18                                                  bpierce@fnf.law

19                                       *Counsel for Plaintiff*

PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME      2      CASE NO. 5:20-CV-09340-NC