# EXHIBIT A

| | |
|---|---|
| **Subject:** | RE: Stipulation for Extension Request - Yuting Chen v. Ariel Abittan, et al., Case No. 21-cv-09393-NC |
| **Date:** | Thursday, June 29, 2023 at 2:49:06 PM Eastern Daylight Time |
| **From:** | Constantine Economides <ceconomides@fnf.law> |
| **To:** | Craig Hansen <craig@hansenlawfirm.net>, Collin Greene <collin@hansenlawfirm.net>, Brianna Pierce <bpierce@fnf.law>, Phil Yeager <phil@hansenlawfirm.net>, Jingjing Ye <jye@yefirm.com>, 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>, James Giacchetti <jgiacchetti@sacattorneys.com>, Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>, 'James Cai' <jcai@sacattorneys.com>, Woody Wu <wwu@sacattorneys.com>, selenachen1228@gmail.com <selenachen1228@gmail.com>, selena@findora.org <selena@findora.org> |
| **CC:** | Stephen C. Holmes <steve@hansenlawfirm.net>, Niraj Thakker <nthakker@fnf.law>, Athanasia Karadjas <akaradjas@fnf.law> |
| **Attachments:** | image001.png, image002.png, image003.jpg |

Craig,

Thanks for the response, and we'll state in the extension motion that you oppose. The Court ordered that no reply is permitted without further leave of court, so it's unclear how/why you would incur any additional fees.

Kind regards,

**Constantine P. Economides**
Partner

Freedman Normand Friedland LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
(t) (305) 851-5997
(@) ceconomides@fnf.law

---

**From:** Craig Hansen <craig@hansenlawfirm.net>
**Sent:** Thursday, June 29, 2023 2:08 PM
**To:** Constantine Economides <ceconomides@fnf.law>; Collin Greene <collin@hansenlawfirm.net>; Brianna Pierce <bpierce@fnf.law>; Phil Yeager <phil@hansenlawfirm.net>; Jingjing Ye <jye@yefirm.com>; 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>; James Giacchetti <jgiacchetti@sacattorneys.com>; Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>; 'James Cai' <jcai@sacattorneys.com>; Woody Wu <wwu@sacattorneys.com>; selenachen1228@gmail.com; selena@findora.org
**Cc:** Stephen C. Holmes <steve@hansenlawfirm.net>; Niraj Thakker <nthakker@fnf.law>; Athanasia Karadjas <akaradjas@fnf.law>
**Subject:** RE: Stipulation for Extension Request - Yuting Chen v. Ariel Abittan, et al., Case No. 21-cv-09393-NC

**[EXTERNAL SENDER]**

Constantine,

We oppose the requested extension.  And if we have to spend any more attorney time responding to your retaliatory actions, we will add that to our existing fee request.

Best,

Craig Alan Hansen

**HANSEN**
LAW FIRM, P.C.

75 E. Santa Clara St., Suite 1150
San Jose, CA 95113
(408) 715-7980 (Main)
(408) 715-7981 (Direct)
(408) 715-7001 (Fax)
www.hansenlawfirm.net

This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege.  If you received this message in error, please note that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.  Thank you.

---

**From:** Constantine Economides <ceconomides@fnf.law>
**Sent:** Thursday, June 29, 2023 10:01 AM
**To:** Collin Greene <collin@hansenlawfirm.net>; Brianna Pierce <bpierce@fnf.law>; Phil Yeager <phil@hansenlawfirm.net>; Jingjing Ye <jye@yefirm.com>; 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>; James Giacchetti <jgiacchetti@sacattorneys.com>; Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>; 'James Cai' <jcai@sacattorneys.com>; Woody Wu <wwu@sacattorneys.com>; selenachen1228@gmail.com; selena@findora.org
**Cc:** Craig Hansen <craig@hansenlawfirm.net>; Stephen C. Holmes <steve@hansenlawfirm.net>; Niraj Thakker <nthakker@fnf.law>; Athanasia Karadjas <akaradjas@fnf.law>
**Subject:** RE: Stipulation for Extension Request - Yuting Chen v. Ariel Abittan, et al., Case No. 21-cv-09393-NC

All,

As you have likely seen, we filed our Rule 41 motion for voluntary dismissal without prejudice yesterday (which was the deadline for a joint proposed schedule).

Separately, today, we'll be filing a motion for an additional week (until Friday, July 7) to respond to the Hansen Firm's request for $5,820.  The basis is that I have been in trial every day since Monday (June 26), finishing today, and then I'm flying on a redeye to L.A. for an all-day mediation tomorrow. Ms. Pierce has been on a pre-planned family trip (for an out-of-town competition) since last weekend. And the July 4th holiday is early next week.

Please let us know by 3pm PT if there is any opposition to the requested extension.

Kind regards,

**Constantine P. Economides**
Partner

Freedman Normand Friedland LLP
SunTrust International Center
1 S.E. 3rd Avenue
Suite 1240
Miami, FL 33131
(t) (305) 851-5997
(@) ceconomides@fnf.law

**From:** Collin Greene <collin@hansenlawfirm.net>
**Sent:** Thursday, May 18, 2023 9:07 PM
**To:** Brianna Pierce <bpierce@fnf.law>; Phil Yeager <phil@hansenlawfirm.net>; Constantine Economides <ceconomides@fnf.law>; Jingjing Ye <jye@yefirm.com>; 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>; James Giacchetti <jgiacchetti@sacattorneys.com>; Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>; 'James Cai' <jcai@sacattorneys.com>; Woody Wu <wwu@sacattorneys.com>; selenachen1228@gmail.com; selena@findora.org
**Cc:** Craig Hansen <craig@hansenlawfirm.net>; Stephen C. Holmes <steve@hansenlawfirm.net>
**Subject:** RE: Stipulation for Extension Request - Yuting Chen v. Ariel Abittan, et al., Case No. 21-cv-09393-NC

**[EXTERNAL SENDER]**

All,

Please see the attached just submitted for filing.

Regards,

Collin Dane Greene



75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113
(408) 715-7980 (Main)
(408) 627-8253 (Direct)
(408) 715-7001 (Fax)
www.hansenlawfirm.net

This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you received this message in error, please note that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

**From:** Brianna Pierce <bpierce@fnf.law>
**Sent:** Thursday, May 18, 2023 3:25 PM
**To:** Phil Yeager <phil@hansenlawfirm.net>; Constantine Economides <ceconomides@fnf.law>; Jingjing Ye <jye@yefirm.com>; 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>; James Giacchetti <jgiacchetti@sacattorneys.com>; Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>; 'James Cai' <jcai@sacattorneys.com>; Woody Wu <wwu@sacattorneys.com>; selenachen1228@gmail.com; selena@findora.org
**Cc:** Craig Hansen <craig@hansenlawfirm.net>; Stephen C. Holmes <steve@hansenlawfirm.net>; Collin Greene <collin@hansenlawfirm.net>
**Subject:** Re: Stipulation for Extension Request - Yuting Chen v. Ariel Abittan, et al., Case No. 21-cv-09393-NC

Phil,

We won't oppose a reasonable request for an extension, but we also won't stipulate given the Court's denial of our previous motion requesting to move the hearing date back one week. The motion for an extension and his order denying that request were served with the sanctions motion.

If you think it is necessary, we're happy to meet and confer; though this email is likely sufficient.

Brianna K. Pierce
*Associate*
**Freedman Normand Friedland LLP**
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
(t) 786.706.7801
(f) 646.392.8842
(@) bpierce@fnf.law

*Admitted in California and New York Only*

---

**From:** Phil Yeager <phil@hansenlawfirm.net>
**Sent:** Thursday, May 18, 2023 1:54:11 PM
**To:** Brianna Pierce <bpierce@fnf.law>; Constantine Economides <ceconomides@fnf.law>; Jingjing Ye <jye@yefirm.com>; 'Brian Barnhorst' <bbarnhorst@sacattorneys.com>; James Giacchetti <jgiacchetti@sacattorneys.com>; Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>; 'James Cai' <jcai@sacattorneys.com>; Woody Wu <wwu@sacattorneys.com>; selenachen1228@gmail.com <selenachen1228@gmail.com>; selena@findora.org <selena@findora.org>
**Cc:** Craig Hansen <craig@hansenlawfirm.net>; Stephen C. Holmes <steve@hansenlawfirm.net>; Collin Greene <collin@hansenlawfirm.net>
**Subject:** Stipulation for Extension Request - Yuting Chen v. Ariel Abittan, et al., Case No. 21-cv-09393-NC

**[EXTERNAL SENDER]**

Counsel and Ms. Chen,

Due to the scope, length, and lack of notice of Abittan's motion for sanctions, we ask for a stipulation to extend time to respond by one week and to reschedule the May 31st hearing. Additionally, Craig Hansen is in trial in Santa Clara County Superior Court all next week.

We make this request pursuant to Local Rule 6.

Please let us know by COB today if you are amenable to such an extension, otherwise we will file a motion for an extension of time.

Thank you.

Phil


PHILIP EUGENE YEAGER (HE, HIM, HIS)



75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113
(408) 715-7980 (Main)
(408) 715-7984 (Direct)
(408) 715-7001 (Fax)
www.hansenlawfirm.net

THIS MESSAGE AND ALL ATTACHMENTS ARE A PRIVATE COMMUNICATION SENT BY A LAW FIRM AND MAY BE CONFIDENTIAL OR PROTECTED BY PRIVILEGE. IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE INFORMATION CONTAINED IN OR ATTACHED TO THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY THE SENDER OF THE DELIVERY ERROR BY REPLYING TO THIS MESSAGE, AND THEN DELETE IT FROM YOUR SYSTEM. THANK YOU.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.