1  Constantine P. Economides (*pro hac vice*)
   (Florida Bar No. 118177)
2  Brianna K. Pierce
   (CA Bar No. 336906)
3  FREEDMAN NORMAND
   FRIEDLAND LLP
4  1 SE 3rd Avenue, Suite 1240
   Miami, FL 33131
5  Tel: (305) 971-5943
   Email: ceconomides@fnf.law
6          bpierce@fnf.law

7  *Counsel for Plaintiff*

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10

11 ARIEL ABITTAN,                          Case No. 5:20-CV-09340-NC

12         Plaintiff,

13     v.                                  **[PROPOSED] ORDER GRANTING**
                                           **PLAINTIFF'S MOTION FOR**
14 LILLY CHAO (A/K/A TIFFANY               **EXTENSION OF TIME**
   CHEN, A/K/A YUTING CHEN) et al.,
15
           Defendants.

[PROPOSED] ORDER GRANTING                    CASE NO. 5:20-CV-09340-NC
PLAINTIFF'S MOTION FOR EXTENSION OF
TIME

**TO THE COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion for Extension of Time to respond to ECF No. 199, the Court now Orders as follows:

1. Plaintiff's Motion for Extension of Time is GRANTED;
2. Plaintiff shall respond to ECF No. 199 on or before July 7, 2023.

DATED: _____

_____
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge