

Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com>

## Re: Protective Order in Abittan v. Chao et al.

**Patrick O'Shaughnessy** <poshaughnessy@sacattorneys.com>  Mon, Jun 26, 2023 at 1:58 PM
To: Constantine Economides <ceconomides@fnf.law>, Brianna Pierce <bpierce@fnf.law>
Cc: Jingjing Ye <jye@yefirm.com>, James Cai <jcai@sacattorneys.com>

Hi Constantine and Brianna,

I hope the trial is going well. Attached please find an updated draft protective order for the Abittan v. Chao et al. case that incorporates the concept Brianna and I discussed of document sharing between the state and federal cases. I put our edits directly into the track changes version Brianna sent me.

All comments and questions are welcome, and I look forward to speaking with you later today.

Best regards,
Patrick O'Shaughnessy
Attorney at Law
SAC Attorneys LLP

1754 Technology Drive-Suite 122
San Jose, CA 95110
Tel: (408) 436-0789 x 204
Fax: (408) 436-0758
Cell: (408) 899-5070
This e-mail is intended only for the proper person to whom it is addressed and may contain legally privileged and/or confidential information. If you received this communication erroneously, please notify me by reply e-mail, delete this e-mail and all your copies of this e-mail and do not review, disseminate, redistribute, make other use of, rely upon, or copy this communication. Thank you.



On Sun, Jun 25, 2023 at 2:41 PM Patrick O'Shaughnessy <poshaughnessy@sacattorneys.com> wrote:
> Hi Constantine,
>
> Yes, and good luck with the trial tomorrow.
>
> Also, I will plan on sending you and Brianna an updated draft protective order, along with a redline comparing it to the version Brianna sent me, in advance of the call.
>
> Please feel free to call me anytime tomorrow evening at (408) 899-5070.
>
> Best regards,
> Patrick O'Shaughnessy
> Attorney at Law
> SAC Attorneys LLP
>
> 1754 Technology Drive-Suite 122
> San Jose, CA 95110
> Tel: (408) 436-0789 x 204

Fax: (408) 436-0758
Cell: (408) 899-5070
This e-mail is intended only for the proper person to whom it is addressed and may contain legally privileged and/or confidential information. If you received this communication erroneously, please notify me by reply e-mail, delete this e-mail and all your copies of this e-mail and do not review, disseminate, redistribute, make other use of, rely upon, or copy this communication. Thank you.



On Sun, Jun 25, 2023 at 10:48 AM Constantine Economides <ceconomides@fnf.law> wrote:

> Patrick,
>
> Could we schedule a time to discuss the schedule in this case?
>
> I will be in trial until about 6pm ET tomorrow but could speak after that time.
>
> Thanks,
>
> Constantine
>
> **Constantine P. Economides**
> Partner
>
> Freedman Normand Friedland LLP
>
> SunTrust International Center
>
> 1 S.E. 3rd Avenue
>
> Suite 1240
>
> Miami, FL 33131
>
> (t) (305) 851-5997
>
> (@) ceconomides@fnf.law

7/12/23, 2:37 PM SAC Attorneys Mail - Re: Protective Order in Abitron v. Chao, et al.

Case 5:20-cv-09340-NC Document 209-4 Filed 07/12/23 Page 3 of 3

**2 attachments**


**06.26.2023 Draft Protective Order (Clean).docx**
52K


**06.26.2023 Draft Protective Order.docx**
56K